**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Trajextori Company | |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | GWS Services <br> GWS Services Inc | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 1 7 7 0 5 5 1 | |

**4. Debtor's address**

**Principal place of business**

18811 Intercontinental Crossing Dr
Number       Street

Houston, TX 77073-5012
City                          State      ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

1913 Du Barry Ln
Number       Street

P.O. Box

Houston, TX 77018-5063
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

www.gwsservices.net

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Trajextori Company _____    Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2   3   8   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                               MM / DD / YYYY

      District _____ When _____ Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                 MM / DD / YYYY

      Case number, if known _____

Debtor    Trajextori Company
Name                                                      Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49  ☑ 50-99 | ☐ 1,000-5,000  ☐ 5,001-10,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 |
| ☐ 100-199  ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor ___Trajextori Company_____ Case number (if known) _____
　　　　　　Name

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/01/2021_____
　　　　　　　MM/ DD/ YYYY

X ___/s/ Michael A. Morreale_____       _____Michael A. Morreale_____
　　Signature of authorized representative of debtor       Printed name

Title _____President_____

**18. Signature of attorney**

X _____/s/ Allison D. Byman_____       Date ___09/01/2021_____
　　Signature of attorney for debtor       　　　　　MM/ DD/ YYYY

___Allison D. Byman_____
Printed name

___Byman & Associates, PLLC_____
Firm name

___7924 Broadway Suite 104_____
Number　　　　Street

___Pearland_____ ___TX___ ___77581___
City　　　　　　　　　　　　　State　　　ZIP Code

___(281) 884-9269_____ ___adb@bymanlaw.com_____
Contact phone　　　　　　　　　　　Email address

___24040773_____ ___TX_____
Bar number　　　　　　　　　　　　State

# TRAJEXTORI COMPANY

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

### Effective as of August 26, 2021

The undersigned, being the sole director of the Board of Directors (the *"Directors")* of Trajextori Company, a Texas corporation (the *"Company"),* hereby approves, consents to and adopts the following recitals and resolutions and the actions authorized as the act of the President by written consent. Capitalized terms used but not defined herein have the meaning provided in the Corporate Bylaws of Trajextori Company (the *"Company Bylaws").*

WHEREAS, the sole director of the Company, by this consent adopts the following resolutions, effective as of the date first set forth above, such approval, consent, and adoption to have the same force and effect as if a meeting had been duly called and held;

WHEREAS, after consultation with the officers and advisors of the Company, the President has concluded that the Company is severely under-staffed, insolvent and unable to pay debts as they mature;

WHEREAS, it would be in the best interest of creditors of the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code in the Southern District of Texas;

WHEREAS, it would be in the best interest of creditors for the Company to retain the law firm of Byman & Associates PLLC to file a voluntary petition under chapter 7 of the Bankruptcy Code for the Company;

NOW, THEREFORE, BE IT RESOLVED, that the Company shall file a bankruptcy petition as soon as practicable in accordance with chapter 7 of the Bankruptcy Code;

RESOLVED, that the Manager has determined that Byman & Associates shall be employed as bankruptcy counsel for the Company to file the voluntary petition under chapter 7 of the Bankruptcy Code;

RESOLVED FURTHER, that Michael A. Morreale shall be and hereby is authorized and directed to execute and file all petitions schedules lists and other papers and to take all such further actions as he believes necessary, desirable, advisable or appropriate to effectuate or carry out the purposes of any and all of the foregoing resolutions and the transactions contemplated thereby; and that the taking of each such action, the execution and delivery of each such document or instrument shall be conclusive evidence of its necessity or advisability.

In witness hereof, the undersigned has executed this written consent on the date noted herein.

**President**

Michael A. Morreale

Fill in this information to identify the case:

Debtor name _____ Trajextori Company _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/01/2021 _____
      MM/  DD/  YYYY

**X**  /s/ Michael A. Morreale _____
Signature of individual signing on behalf of debtor

Michael A. Morreale _____
Printed name

President _____
Position or relationship to debtor

---

Fill in this information to identify the case:

Debtor name _____Trajextori Company_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  Bank of America - Operating | Checking account | 7214 | $318,291.01 |
| 3.2  Bank of America - Payroll | Checking account | 9128 | $10,613.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $328,904.01 |
|---|---|

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

---

Debtor    **Trajextori Company**
          Name                                                     Case number *(if known)* _____

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  **See attached Prepaid Expense** _____    $5,644.69

8.2  **GWS Development** _____    $5,000.00

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    $10,644.69

---

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.** **Accounts Receivable**

| 11a. 90 days old or less: | $1,557,213.30 face amount | - | $110,000.00 doubtful or uncollectible accounts | = ..... → | $1,447,213.30 |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | $246,701.42 face amount | - | $70,000.00 doubtful or uncollectible accounts | = ..... → | $176,701.42 |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $1,623,914.72

---

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

---

*Part 2 Pre paid Expenses . Send A*

8:37 AM
11/11/20
Accrual Basis

**GWS Services a TRAJEXTORI COMPANY**
**Transactions by Account**
As of October 31, 2020

## 1245 - Prepaid Expenses

| Date | Memo | Debit | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2020 | Quickbooks - MM | 3,242.17 | $ 270.18 | $ 270.18 | $ 270.18 | $ 270.18 | $ 270.18 | $ 270.18 | $ 270.18 | $ 270.18 | | | | |
| 10/13/2020 | Esub Subscription 9/22/20 - 3/21/21 | 3,959.47 | $ 659.91 | $ 659.91 | $ 659.91 | | | | | | | | | |
| 03/23/2021 | Esub Subscription 3/22/21 - 9/21/21 | 4,157.45 | | | | $ 692.91 | $ 692.91 | $ 692.91 | $ 692.91 | $ 692.91 | $ 692.91 | | | |
| 04/22/2021 | Plan Hub | 1,299.00 | | | | $ 108.25 | $ 108.25 | $ 108.25 | $ 108.25 | $ 108.25 | $ 108.25 | $ 108.25 | $ 108.25 | $ 108.25 |
| 10/27/2020 | Planswift - MM | 3,445.05 | $ 287.09 | $ 287.09 | $ 287.09 | $ 287.09 | $ 287.09 | $ 287.09 | $ 287.09 | $ 287.09 | | | | |
| 12/30/2020 | Watch Guard Security | 1,420.00 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 | $ 118.33 |
| 01/01/2021 | POA Building Assement | 3,570.88 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 | $ 297.57 |
| 01/01/2021 | POA Building Assement | 284.38 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 | $ 23.70 |
| 05/01/2021 | Plan Swift Maint agreement | 3,247.50 | | | | | | $ 270.63 | $ 270.63 | $ 270.63 | $ 270.63 | $ 270.63 | $ 270.63 | $ 270.63 |
| **Total 1245 · Prepaid Expenses** | | 24,625.90 | $ 1,656.79 | $ 1,656.79 | $ 1,656.79 | $ 1,798.03 | $ 1,798.03 | $ 2,068.66 | $ 2,068.66 | $ 2,068.66 | $ 1,511.40 | $ 818.49 | $ 818.49 | $ 818.49 |
| | | 24,625.90 | $ 18,760.31 | $ 17,103.52 | $ 15,446.74 | $ 13,648.71 | $ 11,850.67 | $ 9,782.01 | $ 7,713.35 | $ 5,644.69 | $ 4,133.29 | $ 3,314.80 | $ 2,496.32 | $ 1,677.83 |

Debtor     **Trajextori Company**                           Case number *(if known)* _____
            Name

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17.** **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.          **$0.00**

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

    **None**

**20.** **Work in progress**

    **None**

**21.** **Finished goods, including goods held for resale**

    **None**

**22.** **Other inventory or supplies**

    **None**

**23.** **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.          **$0.00**

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Trajextori Company**
_____    Case number *(if known)* _____
         Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                    _____ **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

Debtor  __Trajextori Company__  Case number *(if known)* _____
Name

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Office furniture** | $12,000.00 | | $12,000.00 |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Computers / TVs** | $5,000.00 | | $5,000.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43. Total of Part 7** | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | $17,000.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2016 Dodge Ram 1500 / VIN: KPRR7FG865152954** | $7,203.00 | | $7,200.00 |

Debtor   **Trajextori Company**                                        Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.2 **2011 Ford F150 / VIN: 1FTFX1CF3BFD15922** | $6,403.00 | | $6,000.00 |
| 47.3 **2018 Dodge Ram 1500 / VIN: 1C6RR6GT9JS1Y9259** | $12,200.00 | | $11,000.00 |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2012 Trailer 16PBSIR / VIN: 35581966** | $400.00 | | $400.00 |

**49.**   **Aircraft and accessories**

   **None**

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **None**

**51.**   **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                                 $24,600.00

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☑ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 9:**   Real Property

**54.**   **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   **None**

**56.**   **Total of Part 9**

   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    $0.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

Debtor    __Trajextori Company_____        Case number *(if known)* _____
               Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:**  Intangibles and Intellectual Property

---

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| 61. **Internet domain names and websites** | | | |
| None | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| None | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| None | | | |
| 65. **Goodwill** | | | |
| None | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                             $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    **Trajextori Company**                                          Case number *(if known)* _____
　　　　　Name

---

| **Part 11:** | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

<div style="text-align:right">

**Current value of debtor's interest**
</div>

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  **CA Senior Houston, TX Property Owner LLC**                                            $15,286.10

Nature of Claim    **M & M Lien**

Amount Requested    **$15,286.10**

**Additional Page Total** - *See continuation page for additional entries*                      $41,013.51

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1  **Retainage**                                                                        $373,322.38

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                           $429,621.99

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **Trajextori Company**
　　　　　Name

Case number *(if known)* _____

## Part 12:    Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $328,904.01 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,644.69 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $1,623,914.72 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,600.00 | |
| **88.** **Real property.** *Copy line 56, Part 9............................................* → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.*  + | $429,621.99 | |
| **91.** **Total.** Add lines 80 through 90 for each column......  91a. | $2,434,685.41 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................... | | $2,434,685.41 |

Debtor    **Trajextori Company**
Name                                                          Case number *(if known)*

---

### Additional Page

|  | Current value of debtor's interest |
|---|---|

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims - *Continued*

75.2  **215 Westheimer, LLC**

**Nature of Claim**    **M & M Lien**

**Amount Requested**    **$41,013.51**                                   $41,013.51

Fill in this information to identify the case:

Debtor name _____ Trajextori Company _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. | List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|----|----|----|----|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|----|----|----|----|
| Fundex Solutions Group LLC | **Describe the lien** | $4,381,290.00 | unknown |
| | UCC Filing | | |
| **Creditor's mailing address** | **Is the creditor an insider or related party?** | | |
| 201 Solar St | ☑ No | | |
| Syracuse, NY 13204-1425 | ☐ Yes. | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** | | |
| | ☐ No | | |
| **Date debt was incurred**    9/9/2020 | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Last 4 digits of account number**    6  4  8  2 | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| ☑ No. | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,123,319.00 |
|----|----|----|

Debtor     Trajextori Company

Name                                                        Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Column A**
Amount of claim
Do not deduct the
value of collateral.

**Column B**
Value of collateral
that supports this
claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2**

**Creditor's name**
Greg Schoener

**Creditor's mailing address**
211 Forest Cove Dr
Kingwood, TX 77339-4000

**Creditor's email address, if known**
greg@gws2020.net

**Date debt was incurred**     9/9/2020

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**
**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$742,029.00     unknown

---

**2.3**

**Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**
14925 Kingsport Rd
Fort Worth, TX 76155-2243

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Remarks:** Debtor repaid the funds prepetition

**Describe debtor's property that is subject to a lien**
**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     unknown

---

Debtor   Trajextori Company         Case number *(if known)* _____
_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Attorney General<br>950 Pennsylvania Ave Nw<br>Washington, DC 20530-0009 | Line ___2.3___ | ___ ___ ___ ___ |
| U.S. Attorney<br>Southern District of Texas<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 | Line ___2.3___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ Trajextori Company _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Harris County Tax Office

Po Box 4622

Houston, TX 77210-4622

**Date or dates debt was incurred**
2021

**Last 4 digits of account number** 3 6 8 2

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Remarks: 2021 Business Personal Property Tax - F&F, Computers

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: $500.00   Priority amount: $500.00

**2.2** Priority creditor's name and mailing address

Harris County Tax Office

Po Box 4622

Houston, TX 77210-4622

**Date or dates debt was incurred**
2021

**Last 4 digits of account number** 3 4 0 3

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Remarks: 2021 Business personal property tax - vehicles

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: $3,000.00   Priority amount: $3,000.00

Debtor    **Trajextori Company**                                    Case number *(if known)* _____
_____
Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

336 at South Medical

1011 Medical Plaza Dr.

Spring, TX 77380

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Property Owner for Crest Build3rs Job #21-006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim** $0.00

---

**3.2** **Nonpriority creditor's name and mailing address**

A-A-A Natural Stone

14900 Avery Ranch Blvd.

C200 PMB 53

Austin, TX 78717

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** ($767.00)

---

**3.3** **Nonpriority creditor's name and mailing address**

Accelerated Intermediate Academy

PO Box 190510

Dallas, TX 75219

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Property owner for CMC Development & Construction Corp job # 20-093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim** $0.00

---

**3.4** **Nonpriority creditor's name and mailing address**

Acme Brick

5020 Acorn St

Houston, TX 77092-4251

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $317,650.81

---

**3.5** **Nonpriority creditor's name and mailing address**

ACT Construction

350 McDonnell St.

Lewisville, TX 75057

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $0.00

---

Debtor  __**Trajextori Company**__                    Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

AGCM, INc.

☐ Contingent
901 Corbindale Rd.                          ☐ Unliquidated

Houston, TX 77032                           ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☐ No
                                              ☑ Yes

Remarks: Property Owner for Construction Masters of Houston:
Village Fire Station Job #20-046

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,733.44
*Check all that apply.*

AHI Supply

☐ Contingent
Po Box 2789                                 ☐ Unliquidated

Alvin, TX 77512-2789                        ☐ Disputed

**Basis for the claim:**  Vendor

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                              ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

Alliance Residential Builders LP

☐ Contingent
Prose Manor Owner, LP                       ☐ Unliquidated

820 Gessner 1000                            ☐ Disputed

Houston, TX 77024                           **Basis for the claim:** _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                              ☐ Yes

Remarks: Prose at Manor Commons #21-033

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.97
*Check all that apply.*

AllState Brick

☐ Contingent
2930 Lincoln Dr                             ☐ Unliquidated

☐ Disputed

Houston, TX 77038                           **Basis for the claim:** _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                              ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

American Express

☐ Contingent
PO Box 650448                               ☐ Unliquidated

Dallas, TX 75265-0448                       ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____   **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __   ☑ No
                                              ☐ Yes

---

Debtor  **Trajextori Company**
_____
Name                          Case number *(if known)* _____

**Part 2:**  Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address

**Arch-Con Corporation**

**190 TC Jester Blvd. 200**

**Houston, TX 77007**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Arch-Con owes Debtor approximately $115,000

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Archdiocese of Galveston Houston**

**2403 Holcombe Blvd**

**Houston, TX 77021**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Brayton Construction St. Thomas project Property Owner

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Bayou City Dermatology**

**3747-A Westheimer Rd.**

**Houston, TX 77027**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Property Owner for Arch-Con Bayou City Dermatology Project

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Berry & Clay, Inc**

**190 W. 1st St.**

**Rusk, TX 75785**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Navasota ISD Phase 4 Project

As of the petition filing date, the claim is:  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Best Block LLC.**

**PO Box 930134**

**Atlanta, GA 31193-0134**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:  **$9,380.19**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     **Trajextori Company**
Name                                                                          Case number *(if known)*

<table>
<tr><td colspan="3"><b>Part 2:</b> Additional Page</td></tr>
</table>

**3.16** Nonpriority creditor's name and mailing address

**Betco Scaffolds**

**Houston, TX 77009**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $1,242.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**Blue Hound Construction**

**21123 Eva Street 210**

**Montgomery, TX 77356**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Speedy Stop # 88 Repair

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Brayton Construction**

**1835 Spirit of Texas Way 140**

**Conroe, TX 77301**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: St. Thomas Aquinas Project

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Burleson Construction, Inc.**

**13340 South Gessner Rd.**

**Missouri City, TX 77489**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Orange Grove Shopping Center Project

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**CA Ventures**

**130 E Randolph Suite 2100**

**Chicago, IL 60601**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Property Owner of Cadence McShane Construction Project for Tanglewood Senior Living

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

Debtor    **Trajextori Company**
Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |

---

**3.21** Nonpriority creditor's name and mailing address

CA Walker Construction

PO Box 19069

Houston, TX 77224

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Rooms to Go Project with Open A/R

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.22** Nonpriority creditor's name and mailing address

Cadence McShane Construction

10370 Richmond Ave. 1200

Houston, TX 77042

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Cadence McShane owes Debtor $15,286 in connection with Tanglewood Senior Living Project

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.23** Nonpriority creditor's name and mailing address

Chiang Cho Commercial Holdings

15201 Walden Road

Montgomery, TX 77356

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Property owner of Dr. Cho New Office Building Job number 19-078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.24** Nonpriority creditor's name and mailing address

City of Baytown

2401 Market Street

Baytown, TX 77520

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Property owner for Baytown Animal Shelter Job 20-080; GC is Construction Masters of Houston

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.25** Nonpriority creditor's name and mailing address

City of Pearland

13050 Shadow Creek Pkwy

Pearland, TX 77584

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Property owner for Garza Site Development LLC project 20-002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

| Debtor | **Trajextori Company** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.26** | Nonpriority creditor's name and mailing address
**CMC Development & Construction Corp**

PO Box 450623

Houston, TX 77245

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Creditor owes Debtor $40,037.75 in connection with job 20-093 for AIA Houston

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.27** | Nonpriority creditor's name and mailing address
**Comvest Properties**

286 Beauvoir Rd. 200

Biloxi, MS 39532

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Property owner for The Blake Waco Job #20-035

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.28** | Nonpriority creditor's name and mailing address
**Construction Ltd.**

1825 Upland Dr.

Houston, TX 77043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: General Contractor for Sugar Land Airport Hangar

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.29** | Nonpriority creditor's name and mailing address
**Construction Masters of Houston**

3908 3d Street

Pearland, TX 77581

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Construction Masters of Houston owes Debtor $176,858.79 for jobs 20-080, 21-030, 20-047, 20-046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.30** | Nonpriority creditor's name and mailing address
**Crain Group**

Jonathan Green

3801 Knapp Road

Pearland, TX 77581

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

Debtor   **Trajextori Company**
         Name

Case number (if known) _____

---

**Part 2:** Additional Page

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **Crane Construction Company** | Check all that apply. |
| | ☐ Contingent |
| 404 Highway 71N | ☐ Unliquidated |
| | ☐ Disputed |
| Savannah, MO 64485 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number __ __ __ __ | ☑ Yes |
| Remarks: General contractor for Kohl's Cypress Job 21-009 | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **Crest Builders Inc.** | Check all that apply. |
| | ☐ Contingent |
| 9100 Forest Crossing Dr. Suite D | ☐ Unliquidated |
| | ☐ Disputed |
| Spring, TX 77381 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number __ __ __ __ | ☑ Yes |
| Remarks: Contractor for Conroe MOB Job # 21-006; owes Debtor $72,000 | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **CTC Contractors, LLC** | Check all that apply. |
| | ☐ Contingent |
| 3200 North Freeway | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77009 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number __ __ __ __ | ☑ Yes |
| Remarks: Constractor for Shops at Summer Park #21-013; owes Debtor $67,299 for jobs 20-070 and 21-013. | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $217.73
| **Diligent Delivery Systems** | Check all that apply. |
| | ☐ Contingent |
| ATTN: AR Department | ☐ Unliquidated |
| | ☐ Disputed |
| 9200 Derrington Road, STE. 100 | |
| | **Basis for the claim:** _____ |
| Houston, TX 77064 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |
| Last 4 digits of account number __ __ __ __ | |

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **Drymalla Construction Company** | Check all that apply. |
| | ☐ Contingent |
| PO Box 698 | ☐ Unliquidated |
| | ☐ Disputed |
| Columbus, TX 78934 | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number __ __ __ __ | ☑ Yes |
| Remarks: General Contractor on Fletcher Morgan Elementary Job #20-067; owes Debtor $94,5000 | |

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor      **Trajextori Company**
            Name                                                          Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.36**  **Nonpriority creditor's name and mailing address**

**E.E. Reed Construction, L.P.**

**333 Commerce Green Blvd.**

**Sugar Land, TX 77478**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: General contractor on Women's Hospital of Texas MOB job # 20-088; owes Debtor $108,000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☑ Yes

$0.00

---

**3.37**  **Nonpriority creditor's name and mailing address**

**Elmfield Holdings**

**8338 W. Hastings St. 300**

**Vancouver, BC V6C0A6,**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: Property owner for Regent Construction job #20-007 Landing at Augusta Woods

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☑ Yes

$0.00

---

**3.38**  **Nonpriority creditor's name and mailing address**

**Flintco LLC**

**2950 NOrth Loop W. Suite 240**

**Houston, TX 77092**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: General contractor for 3d Storm Water Pump Job #20-064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☑ Yes

$0.00

---

**3.39**  **Nonpriority creditor's name and mailing address**

**Forest Park Westheimer Cemetery**

**12800 Westheimer Rd**

**Houston, TX 77077**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: Project owner for job for CMC Development Construction Corp. Job # 21-055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☑ Yes

$0.00

---

**3.40**  **Nonpriority creditor's name and mailing address**

**Forney Construction**

**8945 Long Point, 200**

**Houston, TX 77055**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: General contractor on various projects including job # 21-018; owes Debtor $47,468.55

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☑ Yes

$0.00

---

Debtor **Trajextori Company**
Name

Case number (*if known*) _____

---

**Part 2:** Additional Page

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Fort Bend County Public Safety Annex**

5651 Flewellen Way

Fulshear, TX 77441

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Property Owner for Crain Group project- FBC Public Safety Annex

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**FundEx Solutions Group LLC**

201 Solar St

Syracuse, NY 13204-1425

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Gamma Construction**

2808 Joanel St.

Houston, TX 77027

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** General contractor on job #20-099; owes Debtor $38,697.30

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Garza Site Development LLC**

8945 Long Point Rd.

200

Houston, TX 77055

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** General contractor on job # 20-092; owes Debtor $6,230.70

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,151.91
*Check all that apply.*

**H&E Equipment Services**

10050 New Decade Dr

Pasadena, TX 77507

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Trajextori Company**
          Name                                                Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.46** Nonpriority creditor's name and mailing address

**HM General Contractors**

**1674 W. Sam Houston Pkwy N.**

**Houston, TX 77043**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Remarks:** General contractor on Sealy Oaks Apartments project #21-001; owes Debtor $82,603.80

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.47** Nonpriority creditor's name and mailing address

**Houston Physicians Hospital LP**

**333 N. Texas Avenue**

**Webster, TX 77598**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Remarks:** Property Owner for Arch Con HPH Expansion Project

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.48** Nonpriority creditor's name and mailing address

**Houstonian Campus, LLC**

**111 North Post Oak Lane**

**Houston, TX 77024**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Remarks:** Property owner for Forney Construction Job Number 21-018.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.49** Nonpriority creditor's name and mailing address

**Huntington Properties**

**3773 Richmond Ave. 800**

**Houston, TX 77046**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Remarks:** Property owner for Shops at Summer Park job # 21-013.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.50** Nonpriority creditor's name and mailing address

**Joe Mora**

**1457 S. Circle Street**

**Sealy, TX 77474**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Remarks:** Property owner for Sealy Oaks Apartments #21-001 job for HM General Contractors

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Trajextori Company**
Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**K Austin & Associates**

**302 E. Main Street**

**Humble, TX 77338**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [x] Yes

**Remarks:** General contractor on Dr. Cho New Office Building Job #19-078; owes Debtor $4,050.

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Kohl's Department Stores**

**N56 W 17000 Ridgewood Dr.**

**Menomonee Falls, WI 53051**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [x] Yes

**Remarks:** Property Owners for Crane Construction Company Kohl's Cypress Job # 21-009

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Lamar CISD**

**3911 Avenue I**

**Rosenberg, TX 77471**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [ ] No
- [x] Yes

**Remarks:** Property owner for Fletcher Morgan Elementary job # 20-067

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,853.87
*Check all that apply.*

**Mastercast, Inc.**

**834 Honea Egypt Rd.**

**Magnolia, TX 77354**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
*Check all that apply.*

**Melvin Justin**

**1300 Edgewater Dr.**

**Friendswood, TX 77546**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor   **Trajextori Company**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.56** Nonpriority creditor's name and mailing address
Meridian Bricks

P.O. Box 744014

Atlanta, GA 30374-4014

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$11,264.57

---

**3.57** Nonpriority creditor's name and mailing address
Morning Star Construction

1940 Fountain View Dr. 516

Houston, TX 77057

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Remarks:** General contractor on Dryden Apartments job #21-010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☐ No
☑ Yes

$0.00

---

**3.58** Nonpriority creditor's name and mailing address
Morrell Masonry Supply Inc.

508 Pickering Street

Houston, TX 77091

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$60,020.51

---

**3.59** Nonpriority creditor's name and mailing address
Mustang Metals

1107 Delano

Houston, TX 77003

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$3,231.78

---

**3.60** Nonpriority creditor's name and mailing address
Navasota ISD

705 E. Washington Ave.

Navasota, TX 77868

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Remarks:** Berry & Clay Inc. Phase 4 project owner

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **Trajextori Company**
_____   Case number *(if known)* _____
          Name

**Part 2:**  Additional Page

---

**3.61**  Nonpriority creditor's name and mailing address

**New Caney ISD**

**21580 Loop 494**

**New Caney, TX 77357**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Remarks:** NCISD Technology Building Project #20-099 property owner

As of the petition filing date, the claim is:                     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.62**  Nonpriority creditor's name and mailing address

**Osprey PL Properties LLC**

**400 Perimeter Ctr Terrance 800**

**Atlanta, GA 30346**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Remarks:** Property Owner for CA Walker Rooms to Go Pearland Project

As of the petition filing date, the claim is:                     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.63**  Nonpriority creditor's name and mailing address

**Pat Williams Construction**

**1601 South 5th St.**

**Leesville, LA 71446**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Remarks:** General contractor on Turner Industries job # 20-018

As of the petition filing date, the claim is:                     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.64**  Nonpriority creditor's name and mailing address

**Principal Life Insurance Company**

**PO Box 10372**

**Des Moines, IA 50306-0372**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:                     $161.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65**  Nonpriority creditor's name and mailing address

**QT South, LLOC**

**4705 S. 129 E Ave.**

**Tulsa, OK 74134**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Remarks:** Owner of job site for job number 21-031

As of the petition filing date, the claim is:                     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

Debtor   **Trajextori Company**
          Name                                                        Case number *(if known)*

---

**Part 2:    Additional Page**

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **Regent Construction** | *Check all that apply.* |
| | ☐ Contingent |
| 121 N. Rayner Street | ☐ Unliquidated |
| Fort Worth, TX 76111 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☐ No |
| | ☑ Yes |
| **Remarks:** General contractor on Landing at August Woods job number 20-007; owes debtor $33,105.60 | |

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,906.81
| **Revels Block & Brick Co.** | *Check all that apply.* |
| | ☐ Contingent |
| 12225 Hodges St. | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77085 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   _____ | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **Ridgemont Commercial Construction** | *Check all that apply.* |
| | ☐ Contingent |
| 1520 W. Walnut Hill Lane | ☐ Unliquidated |
| Irving, TX 75038 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☐ No |
| | ☑ Yes |
| **Remarks:** General contractor on jobs 20-044, 20-036 and 20-035; owes Debtor $3,015. | |

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00
| **Saint Anthony of Padua Chapel** | *Check all that apply.* |
| | ☐ Contingent |
| 7801 Bay Branch Dr. | ☐ Unliquidated |
| Spring, TX 77382 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number   __ __ __ __ | ☑ No |
| | ☐ Yes |
| **Remarks:** Property Owner for Arch-Con St. Anthony Project | |

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,002.65
| **Sitebox Storage** | *Check all that apply.* |
| | ☐ Contingent |
| Redguard, LLC. | ☐ Unliquidated |
| | ☐ Disputed |
| PO Box 733895 | **Basis for the claim:** _____ |
| Dallas, TX 75373-3895 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred   _____ | ☐ Yes |
| Last 4 digits of account number   __ __ __ __ | |

---

Debtor **Trajextori Company**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.71** Nonpriority creditor's name and mailing address

Siteworks Architectural Cast Stone

363 W. Canino Rd.

Houston, TX 77037

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $3,868.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

South Memorial Parkway, LLC

2917 Crosstown SH 286

Corpus Christi, TX 78417

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Property owner for Arch0Con South Texas Bone & Joint Project

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Sundance Construction

695 Industrial Blvd.

Sugar Land, TX 77478

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** General contractor on Eastex Shopping Center Bldg. C. #20-097

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☐ No
☑ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Sunstate Equipment Co.

PO Box 208439

Dallas, TX 75320-8439

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $178.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Superior Sheetmetal Inc.

PO Box 2745

Conroe, TX 77305

Date or dates debt was incurred _____

As of the petition filing date, the claim is: $3,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Trajextori Company**
_____
Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,939.00**

Tailored Foam

Corporate Office

PO Box 4186

Hickory, NC 28603

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Teal Construction Company

1335 Brittmoore Rd.

Houston, TX 77043

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Remarks:** General contractor on Prairie View Fire Station #21-007; owes the Debtor $70,510.90

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Tellepsen Builders LP

777 Benmar 400

Houston, TX 77060

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Remarks:** General contractor on job # 21-054 for Yellowstone Academy

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

Terra Firma Development Corp.

PO Box 2368

Conroe, TX 77305

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Remarks:** General Contractor on Copendero Gun Range Job #21-014

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00**

The Whiting-Turner Contracting Company

13105 NOrthwest Freeway, Suite 10

Houston, TX 77040

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Remarks:** General contractor on Quiktrip Cleveland #21-031; owes Debtor $20,700

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor   **Trajextori Company**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.81** Nonpriority creditor's name and mailing address

**Tribble & Stephens Construction Ltd.**

**11720 Katy Freeway Suite 450**

**Houston, TX 77079**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: General contractor on Blockyard job# 21-050

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.82** Nonpriority creditor's name and mailing address

**United Constructors of TExas**

**6989 West Little York Suite F**

**Houston, TX 77040**

Date or dates debt was incurred _____

Last 4 digits of account number

Remarks: General contractor on Calder Ridge Medical job #21-012
and Riverstone Retail #19-111; owes Debtor $10,756

As of the petition filing date, the claim is:        $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.83** Nonpriority creditor's name and mailing address

**United Rentals**

**PO Box 840514**

**Dallas, TX 75284-0514**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:        ($85.41)
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

**United Tool & Fastener**

**PO Box 38951**

**Houston, TX 77238-8951**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:        $1,581.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

**Upchurch Kimbrough Co.**

**7401 Westview**

**Houston, TX 77055**

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:        $273,387.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Trajextori Company**
          Name

Case number *(if known)* _____

---

**Part 2:    Additional Page**

---

| **3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Waller Harris ESD 200

44500 US Business 290

Prairie View, TX 77446

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Property owner of Prairie View Fire Station Job #21-007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**$0.00**

---

| **3.87** |

**Nonpriority creditor's name and mailing address**

WHOT MOB, LLC

3000 Meridian Blvd. 200

Franklin, TN 37067

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Property owner for Women's Hospital of Texas MOB #20-088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

**$0.00**

---

Debtor     **Trajextori Company**
          Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $3,500.00 |
| 5b. | **Total claims from Part 2** | 5b.   **+** | $848,483.60 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $851,983.60 |

Fill in this information to identify the case:

Debtor name _____Trajextori Company_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Commercial lease / Contract to be REJECTED<br>**State the term remaining** — 0 months<br>**List the contract number of any government contract** — | Greg Schoener<br>211 Forest Cove Dr<br>Kingwood, TX 77339-4000 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** — Listed on Schedule F for notice purposes / Contract to be REJECTED<br>**State the term remaining** — 0 months<br>**List the contract number of any government contract** — | Projects list - see attached |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |

9:58 AM
08/18/21

**GWS Services a TRAJEXTORI COMPANY**

Case 21-32914   Document 1   Filed 09/01/21   Page 43 of 98
Customer Contact List
August 18, 2021

| GC | Status | Bill to | Primary Contact | Main Phone | Fax | Open AR Balance | Property Owner | Address |
|---|---|---|---|---|---|---|---|---|
| **ACT Construction** | | ACT Construction 350 McDonnell St. Lewisville, TX 75057 | | | | 0.00 | | |
| **Alliance Residential Builders LP** | | Alliance Residential Builders LP 820 Gessner, Suite 1000 Houston, Texas 77024 | | 713-599-0280 | 713-599-0284 | 94,146.33 | | |
| Alliance Residential Builders LP:Prose at Manor Commons / #21-033 | Starting | 11925 Ring Dr., Manor, TX 78652 | | 713-599-0280 | 713-599-0284 | 94,146.33 | CRP/AR Prose Manor Owner, LP | 820 Gessner, Suite 1000, Houston, TX 77024 |
| **Arch-Con Corporation** | | Arch-Con Corporation 190 TC Jester Blvd., STE. 200 Houston, TX 77007 | | | | 114,939.50 | | |
| Arch-Con Corporation:Bayou City Remodeling / #21-044 | Active | 3747 A Westheimer Rd, Westheimer, TX 77027 | | 713-533-1900 | | 2,500.00 | Bayou City Dermatology LLC | 3747-A Westheimer Rd, Houston, TX 77027 |
| Arch-Con Corporation:Grand at Aliana Phase II / #20-079 | Done | 10735 & 10745 W Grand Parkway, Richmond, TX 77407 | | 713-533-1900 | | 44,340.10 | New Quest Properties | 8827 W Sam Houston Pkwy N, Suite 200, Houston, TX 77040 |
| Arch-Con Corporation:HPH Expansion / #21-027 | Active | 333 N. Texas Ave., Webster, TX 77498 | | | | 19,173.60 | Houston Physicians Hospital | 333 N. Texas Avenue, Webster, TX 77598 |
| Arch-Con Corporation:South Texas Bone & Joint / #20-096 | Active | 5917 Crosstown SH 2886, Corpus Christi, TX 78417 | | | | 36,900.00 | South Memorial Parkway, LLC | 2917 Crosstown SH 286, Corpus Christi, TX 78417 |
| Arch-Con Corporation:St Anthony of Padua / #21-017 | Starting | 7801 Bay Branch Dr., The Woodlands, TX 77382 | | 713-533-1900 | | 12,025.80 | Saint Anthony of Padua Chapel | 7801 Bay Branch Dr., Houston, TX 77382 |
| **Berry & Clay, Inc.** | | Berry & Clay, Inc. 190 W 1st St. Rusk, TX 75785 | | 903-683-2381 | | 3,508.10 | | |
| Berry & Clay, Inc.:Navasota ISD Phase 4 / #20-055 | Done | 203 Brosig Ave., Navasota, TX 77868 | | 903-683-2381 | | 3,508.10 | Navasota ISD | 705 E Washington Ave, Navasota, TX 77868 |
| **Blue Hound Construction, LLC.** | | Blue Hound Construction, LLC. 21123 Eva Street Suite #210 Montgomery, TX 77356 | | 936-449-1400 | | 0.00 | | |
| Blue Hound Construction, LLC.:Kent Kwik #219 / #20-089 | Done | 8701 NE Loop 338, Odessa, TX 79762 | | 936-449-1400 | | 0.00 | Kent Distributions, Inc. | 2408 N Big Spring Street, Midland, TX 79705 |
| Blue Hound Construction, LLC.:Speedy Stop #88 Repair / #21-047 | Starting | | | 936-449-1400 | | 0.00 | | |
| **Brayton Construction** | | Brayton Construction 1835 Spirit of Texas Way, STE. 140 Conroe, TX 77301 | | | | 0.00 | | |
| Brayton Construction:St Thomas Aquinas / #21-036 | Starting | | | | | 0.00 | Archdiocese of Galveston-Houston | 2403 Holcombe Blvd, Houston, TX 77021 |
| **Broaddus Construction, LLC.** | | Broaddus Construction, LLC. 1301 S. Capital of Texas Hwy. Suite A-302 Austin, TX 78746 | | 512-306-7975 | 512-329-8242 | 0.00 | | |
| **Burleson Construction, Inc.** | | Burleson Construction, Inc. 13340 South Gessner Rd. Missouri City, TX 77489 | | 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 | | 0.00 | | |
| Burleson Construction, Inc.:Orange Grove Shopping Center / #21-049 | Starting | | | 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 | | 0.00 | Melvyn Justin | 1300 Edgewater Dr., Friendswood, TX 77546 |
| **C.A. Walker Construction** | | C.A. Walker Construction P.O. Box 19069 Houston, TX 77224 | | 713-956-7070 | 713-957-3358 | 76,339.37 | | |
| C.A. Walker Construction:Rooms To Go Pearland / #20-061 | Active | 15424 S. Freeway 288, Pearland, TX 77584 | | 713-956-7070 | 713-957-3358 | 76,339.37 | Osprey-PL Properties LLC | 400 perimeter Ctr Terrance Ste 800, Atlanta, GA 30346 |
| **Cadence McShane Construction** | | Cadence McShane Construction 10370 Richmond Ave., STE 1200 Houston, TX 77042 | | 713-681-8500 | 713-681-9990 | 15,286.10 | | |
| Cadence McShane Construction:Tanglewood Senior Living / #20-081 | Active | 502 Bering, Houston, TX 77057 | | 713-681-8500 | 713-681-9990 | 15,286.10 | CA Ventures | 130 E Randolph Suite 2100, Chicago, IL 60601 |
| **Christensen Building Group** | | Christensen Building Group 15425 North Fwy, #330 Houston, TX 77090 | | 281-206-4418 | | 3,710.54 | | |
| Christensen Building Group:Wind Energy Pioneer Office / #21-042 | Done | 8921 Louetta Road, Spring, TX 77379 | | 281-206-4418 | | 3,710.54 | Wind Energy, LLC | |
| **CMC Development & Construction Corp.** | | CMC Development & Construction Corp. PO Box 450623 Houston, TX 77245 | | 713-588-9071 | | 50,912.75 | | |
| CMC Development & Construction Corp.:AIA Houston / #20-093 | Starting | 2281 Summit Ridge Dr, Houston, TX 77085 | | 713-588-9071 | | 40,037.75 | Accelerated Intermediate Academy | PO Box 190510, Dallas, TX 75219 |
| CMC Development & Construction Corp.:Brazoria County Salvation Army / #21-056 | Starting | | | 713-588-9071 | | 0.00 | | |
| CMC Development & Construction Corp.:Forest Park Westheimer / #21-055 | Starting | 12800 Westheimer Rd, Houston, TX 77077 | | 713-588-9071 | | 10,875.00 | Forest Park Westheimer Cemetary | 12800 Westheimer Rd, Houston, TX 77077 |
| **Collier Construction, LLC.** | | Collier Construction, LLC. PO Box 1889 Brenham, TX 77834 | | 979-836-4477 | | 65,816.42 | | |
| Collier Construction, LLC.:Moulton ISD Phase II / #20-075 | Done | 500 North Pecan, Moulton, TX 77975 | | | | 65,816.42 | Moulton Independent School District | |
| **Construction LTD** | | Construction LTD 1825 Upland Dr. Houston, TX 77043 | | 713-984-9444 | | 0.00 | | |
| Construction LTD:Sugar Land Airport Hangar / #20-094 | Starting | 12825 Upland Drive, Houston, TX 77043 | | 713-984-9444 | | 0.00 | | |
| **Construction Masters of Houston** | | Construction Masters of Houston 3908 3rd Street Pearland, TX 77581 | | | | 176,858.79 | | |
| Construction Masters of Houston:Baytown Animal Shelter / #20-080 | Starting | 705 N Robert C Lanier Dr., Baytown, TX 77521 | | | | 58,900.00 | City of Baytown | 2401 Market Street, Baytown, TX 77520 |
| Construction Masters of Houston:Fire Station Missouri City / #21-030 | Active | F5#: 12043 McLain Blvd, Houston, TX 77071, FS#3: 2496 Texas Pkwy, Mo City, TX 77489; FS #4: 5955 Sienna Pkwy, MO City, TX 77459 | | 281-997-2640 | 281-485-4702 | 13,375.00 | | |
| Construction Masters of Houston:Sheldon ISD / #20-047 | Done | 8901 Deep Valley Dr., Houston, TX 77044 | | 281-997-2640 | 281-485-4702 | 3,079.14 | Sheldon ISD | 11411 CE King Parkway, Houston, TX 77044 |
| Construction Masters of Houston:Texas Gulf Bank Freeport / #21-025 | NS | | | 281-997-2640 | 281-485-4702 | 0.00 | | |
| Construction Masters of Houston:Village Fire Station / #20-046 | Active | 901 Corbindale Road, Houston, TX 77024 | | | | 101,504.65 | Village Fire Department/Representative: AGC 901 Corbindale Rd, Houston, TX 77032 | |
| **Crain Group** | | Crain Group 3801 Knapp Road Pearland, TX 77581 | Jonathan Green | 713-436-8727 | 713-436-8730 | 195,307.00 | | |
| Crain Group:FBC Public Safety Annex / #20-078 | Active | 5651 Flewellen Way, Fulshear, TX 77441 | | 713-436-8727 | 713-436-8730 | 183,978.00 | Ft. Bend County | |
| Crain Group:FBC South Post Oak / #20-056 | Done | 5685 Hobby Rd., Houston, TX 77053 | | 713-436-8727 | 713-436-8730 | 11,329.00 | Ft. Bend County | |
| **Crane Construction Company** | | Crane Construction Company 404 Hwy 71 N Savannah, MO 64485 | | 816-324-5951 | | 51,075.00 | | |
| Crane Construction Company:Kohl's Cypress / #21-009 | Active | 28930 Hwy 290, Cypress TX 77433 | | 816-324-5951 | | 51,075.00 | Kohl's Department Stores | N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051 |
| **Crescere Capital Management, LLC.** | | Crescere Capital Management, LLC. 2700 Post Oak Blvd. 21st Floor Houston, TX 77056 | | 713-227-5300 | | 10,000.00 | | |
| Crescere Capital Management, LLC.:3308 Ella Blvd. / #21-062 | NS | | | 713-227-5300 | | 10,000.00 | | |
| **Crest Builders, Inc.** | | Crest Builders, Inc. 9100 Forest Crossing Dr., Suite D The Woodlands, TX 77381 | | 281-367-2100 | | 15,300.00 | | |
| Crest Builders, Inc.:Conroe MOB / #21-006 | Active | 603 S Conroe Medical Drive, Conroe, TX 77304 | | 281-367-2100 | | 15,300.00 | 336 at South Medical | 1011 Medical Plaza Dr., The Woodlands, TX 77380 |
| **CSB Contractors** | | CSB Contractors 2257 North Loop 336 W., STE. 140337 Conroe, TX 77304 | | 936-672-3946 | | 0.00 | | |
| CSB Contractors:Aldine Retail Center / #21-026 | NS | | | 936-672-3946 | | 0.00 | | |
| **CTC Contractors, LLC.** | | CTC Contractors, LLC. 3200 North Freeway Houston, TX 77009 | | 713-936-1970 | 713-936-1969 | 87,378.60 | | |
| CTC Contractors, LLC.:33 Third at 34th / #21-037 | NS | | | 713-936-1970 | 713-936-1969 | 0.00 | | |
| CTC Contractors, LLC.:Commons at Jordan Ranch / #21-021 | NS | | | 713-936-1970 | 713-936-1969 | 0.00 | | |
| CTC Contractors, LLC.:Northwest Freeway Retail / #21-043 | NS | | | 713-936-1970 | 713-936-1969 | 0.00 | | |
| CTC Contractors, LLC.:Shops at 99 & Clay / #20-070 | Done | 3815 W Grand Pkwy, Katy, TX 77449 | | 713-936-1970 | 713-936-1969 | 27,207.50 | Shops at 99 Clay LLC | 3773 Richmond Ave. Suite 800, Houston, TX 77046 |
| CTC Contractors, LLC.:Shops at Summer Park / #21-013 | Active | 6726 Reading Road, Rosenberg, TX 77469 | | 713-936-1970 | 713-936-1969 | 60,171.00 | Hunington Properties | 3773 Richmond Ave. Suite 800, Houston, TX 77046 |
| **CW Family Medicine** | | CW Family Medicine FM 1097 Willis, TX | | 281-889-8227 | | 0.00 | | |
| **Denmar Commercial Construction** | | Denmar Commercial Construction 16105 Tobacco Rd Montgomery, TX 77316 | | 936-447-1585 | 936-447-3281 | 0.00 | | |
| **Drake Builders** | | Drake Builders 13939 Fairwood Springs Drive Cypress, TX 77429 | Josh Rendon | 832-489-0148 | | 5,988.00 | | |
| Drake Builders:Cypress Med Center / #20-074 | Done | 10726 Huffmeister Rd, Houston, TX 77065 | | 832-489-0148 | | 5,988.00 | Huffmeister Venture LLC | 13923 Dry Creek Ranch Rd, Cypress, TX 77429 |
| **Drymalla Construction Company, Ltd.** | | Drymalla Construction Company, Ltd. P.O. Box 698 608 Harbert Street Columbus Bobby Sconce | | 979-732-5731 main | 979-732-9427 | 145,800.00 | | |
| Drymalla Construction Company, Ltd.:Fletcher Morgan Elementary / #20-067 | Active | 32610 FM 1093, Fulshear, TX 77441 | | 979-732-5731 main | 979-732-9427 | 145,800.00 | Lamar CISD | 3911 Avenue I, Rosenberg, TX 77471 |
| **DSO Construction, LLC.** | | DSO Construction, LLC. 20500 Elder Rd. Conroe, TX 77385 | | | | 29,160.90 | | |
| DSO Construction, LLC.:1488 Retail Bldg. A / #20-095 | Done | 10600 FM 1488, Magnolia, TX 77354 | | | | 29,160.90 | Khoury Land Holdings, LLC | 10600 FM 1488, Magnolia, TX 77354 |
| **E.E. Reed Construction, L.P.** | | E.E. Reed Construction, L.P. 333 Commerce Green Blvd. Sugarland, TX 77478-3596 | | | | 165,960.00 | | |
| E.E. Reed Construction, L.P.:ITC Deer Park / #21-059 | NS | | | 281-933-4000 | 281-933-4852 | 0.00 | | |
| E.E. Reed Construction, L.P.:West Houston MOB / #21-052 | NS | | | 281-933-4000 | 281-933-4852 | 0.00 | | |

| GC | Status | Bill to | Primary Contact | Main Phone | Fax | Open AR Balance | Property Owner | Address |
|---|---|---|---|---|---|---|---|---|
| E.E. Reed Construction, L.P.:Women's Hospital of Texas MOB / #20-088 | Active | 7600 Fannin Street, Houston, TX  77054 | | | | 165,960.00 | WHOT MOB, LLC | 3000 Meridian Blvd, Suite 200, Franklin, Tennessee 37067 |
| Flintco, LLC. | | Flintco, LLC. 2950 North Loop W., STE. 450 Houston, TX 77092 | | | | 0.00 | | |
| Flintco, LLC.:3rd Storm Water Pump Station / #20-064 | Active | | | | | 0.00 | | |
| Forney Construction | | Forney Construction 8945 Long Point, Suite 200 Houston, TX 77055 | Alberto Garza | 713.224.1900 | 713.224.1901 | 44,696.35 | | |
| Forney Construction:CH Baylor / #21-039 | Done | 6720 Bertner Avenue, Houston, TX  77030 | | 713.224.1900 | 713.224.1901 | 450.00 | Baylor College of Medicine | 1 Baylor Plz Suite T100, Houston, TX  77030-3411 |
| Forney Construction:Houstonian Club Renovation / #21-018 | Active | 111 N Post Oak Lane, Houston, TX  77024 | | 713.224.1900 | 713.224.1901 | 34,040.70 | Houstonian Campus, LLC | 111 North Post Oak Lane, Houston, TX  77024 |
| Forney Construction:MH Town & Country / #21-029 | NS | | | 713.224.1900 | 713.224.1901 | 0.00 | | |
| Forney Construction:ROCC East End / #21-061 | NS | | | 713.224.1900 | 713.224.1901 | 0.00 | | |
| Forney Construction:Wellville Casita / #21-005 | Done | 1905 Century Farms Rd, Burton, TX 77835 | | 713.224.1900 | 713.224.1901 | 10,205.65 | Wellville Development LLC | 4801 Woodway Dr., Suite 170E, Houston, TX  77056 |
| Gamma Construction | | Gamma Construction 2808 Joanel St. Houston, TX 77027 | | 713-963-0086 | | 17,154.10 | | |
| Gamma Construction:NCISD Technology Bldg. / #20-099 | Active | 21480 Valley Ranch Bend Dr., Porter, tX  77365 | | 713-963-0086 | | 17,154.10 | New Caney ISD | 21580 Loop 494, New Caney, TX  77357 |
| Garza Site Development, LLC. | | Garza Site Development, LLC. 8945 Long Point Rd., STE. 200 Houston, TX 77055 | | 713-559-0870 | | 0.00 | | |
| Garza Site Development, LLC.:Shadow Creek Ranch Phase II / #20-092 | Active | 13050 Shadow Creek Pkwy, Pearland, TX  77584 | | 713-559-0870 | | 0.00 | City of Pearland | 13050 Shadow Creek Pkwy, Pearland, TX  77584 |
| Harris Construction | | Harris Construction 7601 FM 1960 Rd. E. #189 Humble, TX 77346 | Roger Harris | 281-548-1600 | 281-548-2100 | 0.00 | | |
| HM General Contractors | | HM General Contractors 1674 W Sam Houston Pkwy N Houston, TX 77043 | Steven Williams | 713.947.6548 | 713.947.6549 | 64,603.80 | | |
| HM General Contractors:Baytown Prosthodontics / #21-051 | NS | | | 713.947.6548 | 713.947.6549 | 0.00 | | |
| HM General Contractors:Sealy Oaks Apartments / #21-001 | Active | 1457 S Circle St., Sealy, TX  77474 | | 713.947.6548 | 713.947.6549 | 64,603.80 | Joe Mora | 1457 S Circle Street, Sealy, TX  77474 |
| HOAR Construction | | HOAR Construction 3700 Sam Houston Pkwy S., Suite 220 Houston, TX 77042 | | 713-244-2200 | 713-244-2244 | 1,352.50 | | |
| HOAR Construction:FCCU Phase I / #19-098 | Done | 15260 FM 529, Houston, TX 77095 | | 713-244-2200 | 713-244-2244 | 1,352.50 | CA Ventures | 130 E Randolph St., Suite 2100, Chicago, IL 60601 |
| Huffco Services, Inc | | Huffco Services 103 Longview Street Conroe, TX 77301 | Jeff Baymer | 936-756-2278 | 936-788-5443 | 1,579.30 | | |
| Huffco Services, Inc:West County Expansion / #21-024 | Done | 31355 Friendship Drive, Magnolia, TX  77355 | | 936-756-2278 | 936-788-5443 | 1,579.30 | Montgomery County | PO Box S39, Conroe, TX  77305 |
| J.A. Greene Construction Services | | J.A. Greene Construction Services, LLC 11960 Barker Cypress, Suite 100 Cypress Jonathan K. Greene | | 936-756-2278 | 866-224-8375 | 28,858.91 | | |
| J.A. Greene Construction Services, LLC:215 Westheimer / #20-053 | Done | 215 Westheimer Road, Houston, TX  77006 | | 281-271-7060 | 866-224-8375 | 25,727.41 | 215 Westheimer, LLC | P.O. Box 270155, Houston, TX  77277-0155 |
| J.A. Greene Construction Services, LLC:Angleton Vet Clinic / #20-076 | Done | 1717 E Highway 35, Angleton, TX  77515 | | 281-271-7060 | 866-224-8375 | 3,131.50 | WJC Ventures, LLC | 42 Pipers Meadow, The Woodlands, TX 77382 |
| Joeris General Contractors | | Joeris General Contractors 9720 Cypresswood Dr. #190 Houston, TX 77070 | | | | 1,890.87 | | |
| Joeris General Contractors:Idea Lake Houston / #20-072 | Done | 5627 S Lake Houston Parkway | | | | 1,890.87 | Idea Public Schools | 2115 W Pike Blvd, Weslaco, TX  78596 |
| K Austin & Associates | | K Austin & Associates 302 E. Main Street Humble, TX  77338 | | | | 4,050.00 | | |
| K Austin & Associates:Dr. Cho New Office Building / #19-078 | Active | 26118 I-45N, Spring, TX  77386 | | | | 4,050.00 | Chiang Cho Commercial Holdings | 15201 Walden Road, Montgomery, tX  77356 |
| Maxx Builders | | Maxx Builders 4150 Bluebonnet Suite 102 Stafford, TX 77477 | | 832-871-4166 | | 0.00 | | |
| Maxx Builders:Pinnacle Retail | NS | | | 832-871-4166 | | 0.00 | | |
| Metzger Construction Company | | Metzger Construction Company 2055 Silber Rd, Ste 100 Houston, TX 77055 | Harold Thompson | 713-956-0098 | 713-956-7044 | 0.00 | | |
| Metzger Construction Company:FM Industrial Park / #21-032 | NS | | | 713-956-0098 | 713-956-7044 | 0.00 | | |
| Mission Constructors, Inc. | | Mission Constructors, Inc. 3813 Buffalo Speedway, Suite 100 Houston, TX 77098 | | 713-523-9194 | 713-523-9195 | 26,655.10 | | |
| Mission Constructors, Inc.:Devon Self Storage / #21-020 | Done | 3018 Bayport Blvd, Seabrook, TX  77586 | | 713-523-9194 | 713-523-9195 | 7,163.00 | BDT Seabrook Property, LLC | P.I.O. Box 5205, Monticeto, CA  93150-5205 |
| Mission Constructors, Inc.:Southeast Texas Vet Clinic / #20-033 | Done | 3606 FM 365, Nederland, TX 77651 | | | 713-523-9195 | 19,492.10 | Lonestar Good Spirit Investments LLC Series Nederland PS | 3548 Parkway St, Groves, TX  77619 |
| Morningstar Construction, LLC. | | Morningstar Construction, LLC. 1940 Fountain View Dr., Ste. 516 Houston, TX 77057 | | 832-800-3485 | | 19,410.30 | | |
| Morningstar Construction, LLC.:Dryden Apartments / #21-010 | Active | | | 832-800-3485 | | 19,410.30 | | |
| Murrell Commercial LLC | | Murrell Commercial LLC 27326 Robinson Rd, Ste. 201 Conroe, TX 77385 | | 281-719-0548 | | 0.00 | | |
| Murrell Commercial LLC:West Woodlands Business Park Phase 2 / #2 | NS | | | 281-719-0548 | | 0.00 | | |
| Otwell Construction, Inc. | | Otwell Construction, Inc. 18015 FM 1488, Suite C Magnolia, TX 77354 | David Otwell | 281.821.6901 | 281.821.1212 | 0.00 | | |
| Otwell Construction, Inc.:Richmond Town Plaza / #21-034 | NS | | | 281.821.6901 | 281.821.1212 | 0.00 | | |
| Paradigm Construction | | Paradigm Construction 26865 Interstate 45, Suite 300 The Woodlands, Texas 77380 | | 281-890-0584 | | 1,292.00 | | |
| Paradigm Construction:Coastal Community Church / #21-040 | NS | | | 281-890-0584 | | 0.00 | | |
| Paradigm Construction:Glencairn CIA / #20-058 | Done | 17030 Kieth Harrow Blvd, Houston, TX  77084 | | 281-890-0584 | | 1,292.00 | Glencairn CIA | 15840 FM 529, Suite 104, Houston, TX  77095 |
| Pat Williams Construction | | Pat Williams Construction 1601 South 5th St. Leesville, LA 71446 | | 337-238-3743 | 337-238-4967 | 0.00 | | |
| Pat Williams Construction:Turner Industries / #20-018 | Active | | | 337-238-3743 | 337-238-4967 | 0.00 | | |
| Pogue Construction | | Pogue Construction 10857 Kuykendahl Rd., STE. 250 The Woodlands, TX 77382 | | | | 3,750.00 | | |
| Pogue Construction:Cleveland Middle School / #21-058 | Done | 2000 Houston St, Cleveland, TX  77327 | | | | 3,750.00 | Cleveland ISD | 316 East Dallas, Cleveland, TX  77327 |
| Provident General Contractors, LLC. | | Provident General Contractors, LLC. 10210 N. Central Expressway, STE. 212 Dallas, TX 75231 | | 972-385-4164 | | 0.00 | | |
| Provident General Contractors, LLC.:Gala at MacGregor / #21-003 | NS | | | 972-385-4164 | | 0.00 | | |
| Raus Contracting, LTD | | Raus Contracting, LTD 1181 Brittmoore, Ste. 100 Houston, TX 77043 | | 713-490-1234 | 713-490-5678 | 1,209.40 | | |
| Raus Contracting, LTD:JM BBQ Interior / #20-059 | Done | 2201 Leeland, Houston, TX  77003 | | 713-490-1234 | 713-490-5678 | 1,209.40 | Toomey Family Limited Partnership | 1511 North Blvd, Houston, TX  77006 |
| Regent Construction | | Regent Construction 121 N Rayner Street Ft. Worth, TX 76111 | | 817-839-7090 | | 68,496.90 | | |
| Regent Construction:Landing at Augusta Woods / #20-007 | Active | 7727 Augusta Pines Dr., Spring, TX  77389 | | 817-839-7090 | | 68,496.90 | Elmfield Holdings | 8338 W Hastings St, Suite 300, Vancouver, BC  V6C0A6 |
| Ridgemont Commercial Construction | | Ridgemont Commercial Construction 1520 W. Walnut Hill Lane Irving, TX 75038 | | 214- 492-5911 | | 0.00 | | |
| Ridgemont Commercial Construction:Long Leaf at Bee Cave / #20-044 | Active | | | 214- 492-5911 | | 0.00 | | |
| Ridgemont Commercial Construction:The Blake New Braunfels / #20-036 | Active | | | (214) 492-5911 | | 0.00 | | |
| Ridgemont Commercial Construction:The Blake Waco / #20-035 | Active | 5901 Crosslake Parkway, Waco, TX  76712 | | (214) 492-5911 | | 0.00 | Comvest Properties, LLC | 286 Beauvoir Rd, Suite 200, Biloxi, MI  39532 |
| Rowland Construction | | Rowland Construction 1415 A East Avenue Katy, TX  77493 | | 832-437-9536 | | 23,929.60 | | |
| Rowland Construction:Memorial Self Storage / #19-122 | Done | 14760 Memorial Drive, Houston, TX  77079 | | 832-437-9536 | | 23,929.60 | 14760 Memorial, LP | 14760 Memorial Drive, Houston, TX  77079 |
| Sincere Developers and Builders, Inc. | | Sincere Developers and Builders, Inc. 1710 S. Dairy Ashford Rd., STE. 204 Houston, TX 77077 | | | | 8,100.00 | | |
| Sincere Developers and Builders, Inc.:Swift TA / #21-060 | NS | | | | | 8,100.00 | | |
| Slate Construction, LLC. | | Slate Construction 6719 Theall Rd., STE. A Houston, TX 77066 | | | | 0.00 | | |
| Slate Construction, LLC.:Humble EOC / #21-065 | NS | | | | | 0.00 | | |
| SPD Construction | | SPD Construction 9545 Katy Fwy Houston, TX 77024 | | | | 8,878.00 | | |
| SPD Construction:Texan Hyundai Expansion / #21-015 | Done | 27309 Southwest Fwy, Rosenberg, TX  77471 | | 713-905-3347 | | 8,878.00 | Elea Realty Holdings, LLC | 27309 Southwest Fwy, Rosenberg, TX  77471 |
| SPD Construction:Texan Hyundai Image Upgrade / #21-057 | NS | | | 713-905-3347 | | 0.00 | | |
| Sun Builders Co | | Sun Builders Co 15012 FM 529 Rd. Houston, TX 77095 | | 281-815-1020 | | 0.00 | | |

9:58 AM
08/18/21

GWS Services a TRAJEXTORI COMPANY

Case 21-32914  Document 1  Filed 09/01/21 in TXSB on 09/01/21  Page 45 of 98

Customer Contact List

August 18, 2021

| GC | Status | Bill to | Primary Contact | Main Phone | Fax | Open AR Balance | Property Owner | Address |
|---|---|---|---|---|---|---|---|---|
| **Sundance Construction** | | Sundance Construction 695 Industrial Blvd Sugar Land, TX 77478 | | 281-277-1000 | 281-277-1002 | 42,426.29 | | |
| Sundance Construction:Eastex Shopping Center Bldg. C / #20-097 | Active | | | 281-277-1000 | 281-277-1002 | 42,426.29 | | |
| **T3 Global Projects, LLC.** | | T3 Global Projects, LLC. 3118 Balis Dr., Bldg. B17 Baton Rouge, LA 70808 | | | | 4,199.00 | | |
| T3 Global Projects, LLC.:Caress Stadium / #21-056 | NS | | | | | 4,199.00 | | |
| **Teal Construction Company** | | Teal Construction Company 1335 Brittmoore Rd. Houston, TX 77043 | | 713-465-8306 | 713-465-9837 | 37,073.40 | | |
| Teal Construction Company:Prairie View Fire Station / #21-007 | Active | 540 Ellen Powell Dr, Prairie View, TX  77445 | | 713-465-8306 | 713-465-9837 | 37,073.40 | Waller Harris ESD 200 | 44500 US Business 290, Prairie View, TX  77446 |
| **Tellepsen Builders, L.P.** | | Tellepsen Builders, L.P. 777 Benmar, STE. 400 Houston, TX 77060 | | | | 0.00 | | |
| Tellepsen Builders, L.P.:Yellowstone Academy / #21-054 | Starting | | | | | 0.00 | | |
| **Terra Firma Development Corp.** | | Terra Firma Development Corp. PO Box 2368 Conroe, TX  77305 | | 832-813-0055 | 936-756-4820 | 0.00 | | |
| Terra Firma Development Corp.:Copendero Gun Range / #21-014 | Starting | | | | | 0.00 | | |
| **The Whiting-Turner Contacting Company** | | The Whiting-Turner Contacting Company 13105 Northwest Freeway, Ste. 10 Houston, TX 77040 | | 713-996-8000 | 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 | 68,850.00 | | |
| The Whiting-Turner Contacting Company:Quiktrip Cleveland / #21-031 | Active | 411 West Belcher Street, Cleveland, TX  77329 | | 713-996-8000 | 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 | 68,850.00 | QT South, LLOC | 4705 S 129 E. Ave, Tulsa, OK  74134 |
| **Tribble&Stephens Construction LTD** | | Tribble&Stephens Construction LTD Energy Tower II 11720 Katy Freeway, Suite 450 Houston, Texas  77079 | 713-465-8550 | 713-973-7107 | 0.00 | | |
| Tribble&Stephens Construction LTD:Blockyard Austin / #21-050 | Starting | | | 713-465-8550 | 713-973-7107 | 0.00 | | |
| **Trilogy Solutions Construction, LLC** | | Trilogy Solutions Construction, LLC 8963 Gilder Road, Suite A Houston, TX 77064 | | 281-656-1872 | 281-840-5596 | 7,215.00 | | |
| Trilogy Solutions Construction, LLC:St Patrick Borski House / #20-015 | Done | 4918 Cochran St, Houston, TX  77009 | | 281-656-1872 | 281-840-5596 | 7,215.00 | St Patrick Church | 4918 Cochran Street, Houston, TX  77009 |
| **United Constructors of Texas** | | United Constructors of Texas 6989 West Little York, Suite F Houston, TX 77040 | Barbara Sims | 713-934-9929 | | 10,756.50 | | |
| United Constructors of Texas:Calder Ridge Medical / #21-012 | Active | | | 713-934-9929 | | 0.00 | | |
| United Constructors of Texas:Riverstone Retail / #19-111 | Done | 18806 Noble Seven St, Sugar Land, TX  77479 | | 713-934-9929 | | 10,756.50 | | |

Fill in this information to identify the case:

Debtor name _____ Trajextori Company _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.1** Morreale, Michael A. | 18811 Intercontinental Crossing Dr <br> Street <br><br> Houston, TX 77073-5012 <br> City          State    ZIP Code | Fundex Solutions Group LLC <br><br><br> Greg Schoener | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2** _____ | Street <br><br> City          State    ZIP Code | | |
| **2.3** _____ | Street <br><br> City          State    ZIP Code | | |
| **2.4** _____ | Street <br><br> City          State    ZIP Code | | |
| **2.5** _____ | Street <br><br> City          State    ZIP Code | | |

---

Debtor ___Trajextori Company_____     Case number *(if known)* _____
      Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____<br>Street<br><br>_____<br><br>_____<br>City      State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ Trajextori Company _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____      Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real Property:**

        Copy line 88 from *Schedule A/B*.................................................................................................. | $0.00 |

    **1b. Total personal property:**

        Copy line 91A from *Schedule A/B*.............................................................................................. | $2,434,685.41 |

    **1c. Total of all property:**

        Copy line 92 from *Schedule A/B*................................................................................................ | $2,434,685.41 |

### Part 2: Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $5,123,319.00 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ | $3,500.00 |

    **3b. Total amount of claims of non-priority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+** $848,483.60 |

**4. Total liabilities**....................................................................................................................... | $5,975,302.60 |

    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name     Trajextori Company

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $6,990,545.00 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,024,926.00 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor 1 _____   Case number *(if known)* _____

First Name          Middle Name          Last Name

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  See Attached<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Attached<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | $0.00 | |
| **Relationship to debtor**<br><br> | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

**Statement of Financial Affairs #3**

Register: 1001 · Bank of America - Operating
From 06/01/2021 through 09/01/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment |
|------|--------|-------|---------|------|---------|
| 6/1/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/1/2021 | autodraft | Protective Life Insurance Company | 2010 · Accounts Payable | | 884.92 |
| 6/1/2021 | ACH 6-1 ins | Alliance Premium Finance LLC | 2010 · Accounts Payable | Payment 9 of 10 | 11,301.81 |
| 6/1/2021 | DD 6-1 fx | FundEx Solutions Group LLC | 2010 · Accounts Payable | | 52,690.33 |
| 6/1/2021 | ACH 6-1-21 | GWS Development LLC | 2010 · Accounts Payable | | 5,000.00 |
| 6/1/2021 | 1874 | Bailey Williams | 2010 · Accounts Payable | Phone Reimbursement June | 90 |
| 6/1/2021 | 1891 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 6,696.46 |
| 6/1/2021 | 1892 | Water Alternative | 2010 · Accounts Payable | 4/21/21 - 5/20/21 Water | 68.49 |
| 6/1/2021 | 1893 | Ramon Balderas | 2010 · Accounts Payable | CH Baylor 680 | 737.25 |
| 6/1/2021 | 1894 | Houston Brick Stain | 2010 · Accounts Payable | Long Leaf Bee Cave | 2,000.00 |
| 6/1/2021 | 1895 | Carlos Fierros | 2010 · Accounts Payable | May | 666.94 |
| 6/1/2021 | 9896269 C# | Utica National Insurance Group | 2010 · Accounts Payable | Payment 9 of 10 | 804 |
| 6/1/2021 | 1704367460C | Cincinnati Insurance Company | 2010 · Accounts Payable | Financed portion  9 of 10 | 218 |
| 6/2/2021 | | Aetna | 2010 · Accounts Payable | 6.1.21 - 6.30.21 | 7,246.69 |
| 6/2/2021 | | Principal Life Insurance Company | 2010 · Accounts Payable | STD/LTD - June | 175.82 |
| 6/2/2021 | | Ameritas Life Insurance Corp | 2010 · Accounts Payable | June - Dental Vision | 623.68 |
| 6/3/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/3/2021 | 1896 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 185.41 |
| 6/3/2021 | 1897 | United Rentals | 2010 · Accounts Payable | Long Leaf Bee Cave 570 | 2,041.00 |
| 6/4/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/4/2021 | | | -split- | Deposit | |
| 6/4/2021 | | Dearborn Life Insurance Company | 2010 · Accounts Payable | Life Insurance - June | 75.01 |
| 6/4/2021 | 1898 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | Village Fire Station 600 | 2,949.00 |
| 6/4/2021 | 1899 | Jesus Broca Garduza | 2010 · Accounts Payable | Dryden Apartments 639 | 2,415.67 |
| 6/4/2021 | 1900 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | 11,304.50 |
| 6/4/2021 | 1901 | Carlos Rivera | 2010 · Accounts Payable | Dickinson Occ Educ Bldg 560 | 3,932.00 |
| 6/4/2021 | 1902 | Roberto Adame Fraire | 2010 · Accounts Payable | | 2,359.20 |
| 6/4/2021 | 1903 | JLP Construction | 2010 · Accounts Payable | NCISD Technology Bldg 638 | 9,861.70 |
| 6/4/2021 | 1904 | Maldonado Masonry | 2010 · Accounts Payable | Dryden Apartments 693 | 8,036.25 |
| 6/4/2021 | 1905 | Samuel Cruz | 2010 · Accounts Payable | | 14,152.74 |
| 6/4/2021 | 1906 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | | 4,423.50 |
| 6/4/2021 | 1907 | Felicito Hernandez | 2010 · Accounts Payable | Rooms To Go Pearland 90 | 5,621.54 |
| 6/4/2021 | 1908 | Mastercast, Inc. | 2010 · Accounts Payable | | 1,581.86 |
| 6/4/2021 | 1909 | Mastercast, Inc. | 2010 · Accounts Payable | Landing at Augusta Woods 180 | 188.13 |
| 6/4/2021 | 1910 | Premier Plastering Supply, LTD | 2010 · Accounts Payable | Memorial Self Storage 319 | 145.6 |
| 6/4/2021 | 1911 | Sitebox Storage | 2010 · Accounts Payable | | 579.2 |
| 6/4/2021 | 1912 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | Blake Waco 602 | 3,511.05 |
| 6/4/2021 | 1913 | Superior Sheetmetal Inc. | 2010 · Accounts Payable | | 1,542.56 |
| 6/4/2021 | 1914 | United Rentals | 2010 · Accounts Payable | | 9,190.99 |
| 6/4/2021 | 1915 | Diligent Delivery Systems | 2010 · Accounts Payable | | 183.71 |
| 6/4/2021 | 1916 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 10,427.38 |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 6/4/2021 | 1917 | Roman Guerra | 2010 · Accounts Payable | | 996.83 |
| 6/4/2021 | 1918 | YingMing Zhou | 2010 · Accounts Payable | May | 480.77 |
| 6/4/2021 | 1919 | Alfred Mark Aden | 2010 · Accounts Payable | May | 250 |
| 6/4/2021 | 1920 | Deer's Plaster | 2010 · Accounts Payable | | 9,830.00 |
| 6/4/2021 | 1921 | United Rentals | 2010 · Accounts Payable | ROCC Chiller Replacement 442 | 1,152.95 |
| 6/7/2021 | | | -split- | Deposit | |
| 6/9/2021 | | Alert 360 | 2010 · Accounts Payable | Security Alarm Monitering | 57.26 |
| 6/9/2021 | | AT&T | 2010 · Accounts Payable | Monthly Uverse Service  5.16.21 - 6.16.21 | 145.16 |
| 6/10/2021 | | | -split- | Deposit | |
| 6/10/2021 | | Nexus Disposal, LLC | 2010 · Accounts Payable | June | 91.9 |
| 6/10/2021 | 1922 | A-A-A Natural Stone | 2010 · Accounts Payable | Cypress Creek Family Dental 298 | 5.5 |
| 6/10/2021 | 1923 | CMC Steel Fabricators, Inc. | 2010 · Accounts Payable | Dickinson Occupational Bldg 297 | 65.88 |
| 6/10/2021 | 1924 | Premier Plastering Supply, LTD | 2010 · Accounts Payable | | 823.39 |
| 6/10/2021 | 1925 | Sitebox Storage | 2010 · Accounts Payable | Turner Industries 244 | 97.43 |
| 6/10/2021 | 1926 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | | 2,113.65 |
| 6/10/2021 | 1927 | Mastercast, Inc. | 2010 · Accounts Payable | Landing at Augusta Woods 180 | 148.3 |
| 6/10/2021 | 1928 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 16,508.25 |
| 6/11/2021 | DD AmX 6-11 | American Express | 1390 · Undeposited Funds | Deposit | |
| 6/11/2021 | | | 2010 · Accounts Payable | | 227,373.54 |
| 6/11/2021 | 1929 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | Landing at Augusta Woods 426 | 3,024.69 |
| 6/11/2021 | 1930 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | 9,830.00 |
| 6/11/2021 | 1931 | Felicito Hernandez | 2010 · Accounts Payable | Moulton ISD 304 | 7,289.00 |
| 6/11/2021 | 1932 | Maldonado Masonry | 2010 · Accounts Payable | Dryden Apartments 693 | 10,567.25 |
| 6/11/2021 | 1933 | Carlos Rivera | 2010 · Accounts Payable | Dickinson Occupation Educ 560 | 673.45 |
| 6/11/2021 | 1934 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | | 3,932.00 |
| 6/11/2021 | 1935 | Roberto Adame Fraire | 2010 · Accounts Payable | Kroger Pickup #376 679 | 2,162.99 |
| 6/11/2021 | 1936 | Samuel Cruz | 2010 · Accounts Payable | | 13,575.23 |
| 6/11/2021 | 1937 | Deer's Plaster | 2010 · Accounts Payable | | 6,577.25 |
| 6/11/2021 | 1938 | Elizabeth Haughton | 2010 · Accounts Payable | Expense Report - May | 60 |
| 6/11/2021 | 1939 | Upchurch Kimbrough Co. | 2010 · Accounts Payable | St Mary NMB 164 | 2,830.40 |
| 6/11/2021 | 1940 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 3,927.45 |
| 6/11/2021 | 1941 | Julio Nava Rubio | 2010 · Accounts Payable | Grand at Aliana Phase II 441 | 393.2 |
| 6/11/2021 | 1942 | Philip McDaniel | 2010 · Accounts Payable | May Expense Report TOLLS | 77.51 |
| 6/14/2021 | | | -split- | Deposit | |
| 6/14/2021 | | | 1235 · Due From GWS | Deposit | |
| 6/14/2021 | | | -split- | Deposit | |
| 6/14/2021 | | ASAP Checks, Forms & Supplies | 2010 · Accounts Payable | | 88.53 |
| 6/14/2021 | | Texas Comptroller | 2010 · Accounts Payable | Franchise Tax 2020 | 3,537.53 |
| 6/15/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/15/2021 | | Texas Mutual Insurance Co. | 2010 · Accounts Payable | Qtrly Pmt - 3.1.21 - 5.31.21 | 2,530.00 |
| 6/15/2021 | | | 6060 · Bank Service Charges | Service Charge | 156.27 |
| 6/15/2021 | 1943 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 7,283.83 |
| 6/15/2021 | 1944 | Upchurch Kimbrough Co. | 2010 · Accounts Payable | Fletcher Morgan Elementary 281 | 959.4 |
| 6/15/2021 | 1946 | Adrian Fernandez | 2010 · Accounts Payable | | 195 |
| 6/15/2021 | 1947 | D. Kevin McCorkindale | 2010 · Accounts Payable | | 500 |
| 6/15/2021 | 1948 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | Moulton ISD 603 | 2,393.77 |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 6/15/2021 | 1949 | Mastercast, Inc. | 2010 · Accounts Payable | Moulton ISD 437 | 240 |
| 6/15/2021 | 1950 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 7,471.63 |
| 6/15/2021 | 1951 | Hotchkiss Insurance | 2010 · Accounts Payable | Gala at MacGregor | 525.02 |
| 6/17/2021 | | | -split- | Deposit | |
| 6/17/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/18/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/18/2021 | 1952 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 3,046.32 |
| 6/18/2021 | 1953 | Ramon Balderas | 2010 · Accounts Payable | 3rd Storm Water Pump Station 725 | 4,128.60 |
| 6/18/2021 | 1954 | Nava's Masonry, LLC. | 2010 · Accounts Payable | Shops at Summer Park 654 | 9,830.00 |
| 6/18/2021 | 1955 | Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 2,162.60 |
| 6/18/2021 | 1956 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas 655 | 2,457.50 |
| 6/18/2021 | 1957 | Felicito Hernandez | 2010 · Accounts Payable | Moulton ISD 304 | 6,306.00 |
| 6/18/2021 | 1958 | ALS Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 688 | 4,915.00 |
| 6/18/2021 | 1959 | JLP Construction | 2010 · Accounts Payable | | 4,271.13 |
| 6/18/2021 | 1960 | J & Y Construction | 2010 · Accounts Payable | Wellville Casita 511 | 393.2 |
| 6/18/2021 | 1961 | Deer's Plaster | 2010 · Accounts Payable | | 2,949.00 |
| 6/18/2021 | 1962 | Maldonado Masonry | 2010 · Accounts Payable | Dryden Apartments 693 | 4,423.50 |
| 6/18/2021 | 1963 | Jorge Donaldo Martinez | 2010 · Accounts Payable | Long Leaf Bee Cave | 526.5 |
| 6/21/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/21/2021 | | | -split- | Deposit | |
| 6/21/2021 | 1964 | Dore Rothberg McKay, P.C. | 2010 · Accounts Payable | Subcontract Review | 1,140.00 |
| 6/21/2021 | 1965 | Samuel Cruz | 2010 · Accounts Payable | Blake Waco 400 | 550.48 |
| 6/21/2021 | 1966 | Samuel Cruz | 2010 · Accounts Payable | 3rd Storm Water Pump Station 588 | 2,555.80 |
| 6/21/2021 | 1967 | Genaro Guerrero | 2010 · Accounts Payable | June | 116.39 |
| 6/22/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/22/2021 | | Wright Business Technologies, Inc. | 2010 · Accounts Payable | QuickBooks generated zero amount transaction for bill payment stub | |
| 6/22/2021 | | Materials Marketing | 2010 · Accounts Payable | Eastex Shopping Center Bldg C 645 | 4,878.02 |
| 6/22/2021 | 1968 | GWS Services Inc. | 2010 · Accounts Payable | | 57,231.40 |
| 6/22/2021 | 1969 | Betco Scaffolds | 2010 · Accounts Payable | | 3,891.98 |
| 6/22/2021 | 1970 | Diligent Delivery Systems | 2010 · Accounts Payable | | 244.07 |
| 6/22/2021 | 1972 | Mastercast, Inc. | 2010 · Accounts Payable | | 11,290.51 |
| 6/22/2021 | 1973 | Mezger Enterprises, LTD. | 2010 · Accounts Payable | Rooms To Go Pearland 117 | 3,897.00 |
| 6/22/2021 | 1974 | Sitebox Storage | 2010 · Accounts Payable | | 757.76 |
| 6/22/2021 | 1975 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | | 6,186.20 |
| 6/22/2021 | 1976 | Superior Sheetmetal Inc. | 2010 · Accounts Payable | Brazos Valley Credit Union 702 | 409.19 |
| 6/22/2021 | 1977 | United Rentals | 2010 · Accounts Payable | 1488 Retail 546 | 2,960.11 |
| 6/22/2021 | 1978 | United Tool & Fastener | 2010 · Accounts Payable | Dryden Apartments 711 | 71.28 |
| 6/22/2021 | 1979 | CMC Steel Fabricators, Inc. | 2010 · Accounts Payable | | 70.14 |
| 6/22/2021 | 1980 | Prime Tech Consultants, LLC | 2010 · Accounts Payable | | 2,995.67 |
| 6/22/2021 | 1981 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 15,379.16 |
| 6/23/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/23/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/23/2021 | 1982 | Formwork Services & Supply, LP | 2010 · Accounts Payable | | 557.05 |
| 6/23/2021 | | | 1002 · Bank of America - Payroll | Funds Transfer | 100,000.00 |
| 6/25/2021 | 1983 | Alexander Soto | 2010 · Accounts Payable | Expense Report - June | 554.82 |
| 6/25/2021 | 1984 | Deer's Plaster | 2010 · Accounts Payable | | 1,081.30 |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 6/25/2021 | 1985 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 4,696.19 |
| 6/25/2021 | 1986 | Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 7,028.45 |
| 6/25/2021 | 1987 | Nava's Masonry, LLC. | 2010 · Accounts Payable | Shops at Summer Park 654 | 15,728.00 |
| 6/25/2021 | 1988 | Julio Nava Rubio | 2010 · Accounts Payable | Grand at Aliana Phase II 441 | 393.2 |
| 6/25/2021 | 1989 | Ramon Balderas | 2010 · Accounts Payable | | 3,145.60 |
| 6/25/2021 | 1990 | Roberto Adame Fraire | 2010 · Accounts Payable | | 2,162.60 |
| 6/25/2021 | 1991 | Roman Guerra | 2010 · Accounts Payable | June | 1,126.33 |
| 6/25/2021 | 1993 | Rene Molina | 2010 · Accounts Payable | June | 470 |
| 6/27/2021 DD BHG6-27 | | BHG - Bankers HealthCare Group | 2010 · Accounts Payable | | 17,975.20 |
| 6/28/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/28/2021 | | | -split- | Deposit | |
| 6/28/2021 | 1994 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | Village Fire Station 600 | 2,949.00 |
| 6/28/2021 | 1995 | Salus Consulting Services, LLC. | 2010 · Accounts Payable | Training | 3,000.00 |
| 6/28/2021 | 1996 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 7,381.81 |
| 6/30/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 6/30/2021 | | | -split- | Deposit | |
| 6/30/2021 | 2031 | YingMing Zhou | 2010 · Accounts Payable | June | 480.77 |
| 6/30/2021 | 2032 | Philip McDaniel | 2010 · Accounts Payable | June Expense Report | 684.85 |
| 6/30/2021 | 2033 | Roman Guerra | 2010 · Accounts Payable | June | 761.5 |
| 7/1/2021 ACH 7-1 | | GWS Development LLC | 2010 · Accounts Payable | | 5,000.00 |
| 7/1/2021 ACH 7-1-21 | | Alliance Premium Finance LLC | 2010 · Accounts Payable | Payment 10 of 10 | 11,301.81 |
| 7/1/2021 dd 7-1-21 | | Cincinnati Insurance Company | 2010 · Accounts Payable | Financed portion  10 of 10 | 218 |
| 7/1/2021 | 1997 | Consuelo Cox | 2010 · Accounts Payable | June | 1,047.91 |
| 7/1/2021 | 1998 | Bailey Williams | 2010 · Accounts Payable | Phone Reimbursement July | 90 |
| 7/1/2021 | 1999 | Carlos Fierros | 2010 · Accounts Payable | June | 92.36 |
| 7/1/2021 | 2000 | Phillip Luttrell | 2010 · Accounts Payable | June | 842.81 |
| 7/1/2021 | 2001 | Mastercast, Inc. | 2010 · Accounts Payable | | 446.08 |
| 7/1/2021 | 2002 | Sitebox Storage | 2010 · Accounts Payable | Turner Industries 244 | 97.43 |
| 7/1/2021 | 2003 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | | 798.4 |
| 7/1/2021 | 2004 | United Rentals | 2010 · Accounts Payable | | 2,247.64 |
| 7/1/2021 | 2005 | Water Alternative | 2010 · Accounts Payable | 5/20/21 - 6 /21/21 Water | 69.03 |
| 7/1/2021 | 2006 | Diligent Delivery Systems | 2010 · Accounts Payable | | 232.6 |
| 7/1/2021 | 2007 | Wright Business Technologies, Inc. | 2010 · Accounts Payable | | 169.14 |
| 7/1/2021 | 2008 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 827.72 |
| 7/1/2021 C#8501451 | | Utica National Insurance Group | 2010 · Accounts Payable | Payment 10 of 10 | 804 |
| 7/2/2021 | | Dearborn Life Insurance Company | 2010 · Accounts Payable | Life Insurance - July | 69.89 |
| 7/2/2021 | | Principal Life Insurance Company | 2010 · Accounts Payable | STD/LTD - July | 161.74 |
| 7/2/2021 DD 7-2-21 | | FundEx Solutions Group LLC | 2010 · Accounts Payable | | 52,690.33 |
| 7/2/2021 DD 7-2-21 A | | Aetna | 2010 · Accounts Payable | 7.1.21 - 7.31.21 | 7,246.69 |
| 7/2/2021 | 2009 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | Village Fire Station 600 | 1,474.50 |
| 7/2/2021 | 2010 | Ramon Balderas | 2010 · Accounts Payable | | 2,752.40 |
| 7/2/2021 | 2011 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | 4,128.60 |
| 7/2/2021 | 2012 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 5,898.00 |
| 7/2/2021 | 2013 | ALS Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 688 | 3,932.00 |
| 7/2/2021 | 2014 | Felicito Hernandez | 2010 · Accounts Payable | Moulton ISD Phase II 304 | 15,966.30 |
| 7/2/2021 | 2015 | Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 5,599.17 |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 7/2/2021 | 2016 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 4,314.48 |
| 7/6/2021 | | | | Deposit | |
| 7/6/2021 | | | -split- | Deposit | |
| 7/6/2021 | | | -split- | Deposit | |
| 7/6/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 7/6/2021 | | AT&T | 2010 · Accounts Payable | Monthly Uverse Service  6.16.21 - 7.16.21 | 145.16 |
| 7/6/2021 | dd7-6-21 | Protective Life Insurance Company | 2010 · Accounts Payable | | 884.92 |
| 7/6/2021 | 2017 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 17,075.45 |
| 7/6/2021 | 2018 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Duchesne Academy 733 | 1,769.40 |
| 7/6/2021 | 2019 | Guillermo Fernandez | 2010 · Accounts Payable | July Expense Report | 400 |
| 7/6/2021 | 2020 | Sitebox Storage | 2010 · Accounts Payable | Blake Waco 420 | 81.2 |
| 7/6/2021 | 2021 | United Rentals | 2010 · Accounts Payable | | 2,668.56 |
| 7/7/2021 | | | -split- | Deposit | |
| 7/7/2021 | | Ameritas Life Insurance Corp | 2010 · Accounts Payable | July - Dental Vision | 590.4 |
| 7/8/2021 | 2023 | Elizabeth Haughton | 2010 · Accounts Payable | | 500 |
| 7/9/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 7/9/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 7/9/2021 | 2024 | Deer's Plaster | 2010 · Accounts Payable | | 3,342.20 |
| 7/9/2021 | 2025 | Maldonado Masonry | 2010 · Accounts Payable | Quiktrip Cleveland 695 | 2,595.12 |
| 7/9/2021 | 2026 | German Diaz | 2010 · Accounts Payable | Village Fire Station 762 | 1,446.10 |
| 7/9/2021 | 2027 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 3,932.00 |
| 7/9/2021 | 2028 | Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 6,340.35 |
| 7/9/2021 | 2029 | Alfred Mark Aden | 2010 · Accounts Payable | June | 250 |
| 7/9/2021 | 2030 | Bailey Williams | 2010 · Accounts Payable | Tacos Flores | 61.53 |
| 7/9/2021 | 2034 | Kelly Woomer | 2010 · Accounts Payable | June | 120.4 |
| 7/9/2021 | 2035 | Alexander Soto | 2010 · Accounts Payable | Expense Report - July | 296.9 |
| 7/12/2021 | | | -split- | Deposit | |
| 7/12/2021 | | Alert 360 | 2010 · Accounts Payable | Security Alarm Monitering | 57.26 |
| 7/12/2021 | 2036 | Innovative Cast Stone | 2010 · Accounts Payable | Kroger Pickup #376 615 | 1,236.00 |
| 7/12/2021 | 2037 | Mastercast, Inc. | 2010 · Accounts Payable | Shops at Summer Park 656 | 472.78 |
| 7/12/2021 | 2038 | Materials Marketing | 2010 · Accounts Payable | Eastex Shopping Center Bldg C 645 | 0.65 |
| 7/12/2021 | 2039 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 20,059.54 |
| 7/13/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 7/14/2021 | | Nexus Disposal, LLC | 2010 · Accounts Payable | July | 91.9 |
| 7/14/2021 | DD 7-14-21 | American Express | 2010 · Accounts Payable | | 276,230.26 |
| 7/14/2021 | 2040 | Formwork Services & Supply, LP | 2010 · Accounts Payable | | 1,974.81 |
| 7/14/2021 | 2041 | Mastercast, Inc. | 2010 · Accounts Payable | | 1,405.90 |
| 7/14/2021 | 2042 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 7,271.01 |
| 7/14/2021 | 2043 | Sitebox Storage | 2010 · Accounts Payable | | 254.4 |
| 7/14/2021 | 2044 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | | 7,082.04 |
| 7/14/2021 | 2045 | Sunstate Equipment Co. | 2010 · Accounts Payable | | 395.13 |
| 7/14/2021 | 2046 | Texas Stone Designs, Inc. | 2010 · Accounts Payable | Grand at Aliana Phase II 202 | 223.93 |
| 7/14/2021 | 2047 | United Rentals | 2010 · Accounts Payable | | 1,430.49 |
| 7/15/2021 | | | -split- | Deposit | |
| 7/15/2021 | | | -split- | Deposit | |
| 7/15/2021 | | | 6060 · Bank Service Charges | Service Charge | 169.02 |

| 7/16/2021 | | -split- | Deposit | |
| 7/16/2021 | 2049 Bailey Williams | 2010 · Accounts Payable | Tacos Flores | 63.69 |
| 7/16/2021 | 2050 Maldonado Masonry | 2010 · Accounts Payable | Quiktrip Cleveland 695 | 1,228.75 |
| 7/16/2021 | 2051 Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 6,438.65 |
| 7/16/2021 | 2052 German Diaz | 2010 · Accounts Payable | Village Fire Station 762 | 2,359.20 |
| 7/16/2021 | 2053 Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 7,372.50 |
| 7/16/2021 | 2054 Deer's Plaster | 2010 · Accounts Payable | 215 Westheimer 192 | 1,966.00 |
| 7/16/2021 | 2056 Julio Nava Rubio | 2010 · Accounts Payable | Memorial Self Storage 289 | 1,343.96 |
| 7/16/2021 | 2057 Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 4,620.10 |
| 7/16/2021 | 2058 Juan Roman Tovar Narvaez | 2010 · Accounts Payable | Village Fire Station 600 | 1,474.50 |
| 7/16/2021 | 2059 Carlos Amaya Santos | 2010 · Accounts Payable | Village Fire Station 600 | 3,637.10 |
| 7/19/2021 | | -split- | Deposit | |
| 7/19/2021 | | 1390 · Undeposited Funds | Deposit | |
| 7/20/2021 | 2060 D. Kevin McCorkindale | 2010 · Accounts Payable | | 500 |
| 7/20/2021 | 2061 Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 983 |
| 7/20/2021 | 2062 Genaro Guerrero | 2010 · Accounts Payable | July | 116.39 |
| 7/20/2021 | 2063 Cadence Rebar Services, LLC. | 2010 · Accounts Payable | Quiktrip Cleveland 697 | 300 |
| 7/20/2021 | 2064 HDS White Cap Construction Supply | 2010 · Accounts Payable | Quiktrip Cleveland 755 | 149.39 |
| 7/20/2021 | 2065 Mastercast, Inc. | 2010 · Accounts Payable | | 2,978.29 |
| 7/20/2021 | 2066 Premier Plastering Supply, LTD | 2010 · Accounts Payable | Dryden Apartments 726 | 102.84 |
| 7/20/2021 | 2067 Safway Services, LLC | 2010 · Accounts Payable | 3rd Storm Water Pump Station 672 | 250.06 |
| 7/20/2021 | 2068 Sitebox Storage | 2010 · Accounts Payable | NCISD Technology Bldg 668 | 411.36 |
| 7/20/2021 | 2069 United Rentals | 2010 · Accounts Payable | | 2,926.41 |
| 7/20/2021 | 2070 United Tool & Fastener | 2010 · Accounts Payable | | 446.06 |
| 7/20/2021 | 2071 Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 14,009.55 |
| 7/20/2021 | 2072 Upchurch Kimbrough Co. | 2010 · Accounts Payable | Dr Cho New Office Bldg 39 | 9,277.03 |
| 7/21/2021 | | 1390 · Undeposited Funds | Deposit | |
| 7/22/2021 | | 1390 · Undeposited Funds | Deposit | |
| 7/22/2021 | 2073 Kelly Woomer | 2010 · Accounts Payable | July | 65.46 |
| 7/22/2021 | 2074 Maldonado Masonry | 2010 · Accounts Payable | Quiktrip Cleveland 695 | 5,529.37 |
| 7/22/2021 | 2075 Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | 2,753.86 |
| 7/22/2021 | 2076 Maria De Los Angeles Segovia | 2010 · Accounts Payable | Prairie View Fire Station 719 | 3,623.58 |
| 7/22/2021 | 2077 Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 9,338.50 |
| 7/22/2021 | 2078 ALS Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 688 | 2,457.50 |
| 7/22/2021 | 2079 Ramon Balderas | 2010 · Accounts Payable | Fire Station Missouri City 620 | 393.2 |
| 7/22/2021 | 2080 Nava's Masonry, LLC. | 2010 · Accounts Payable | | 5,473.88 |
| 7/22/2021 | 2081 Juan Roman Tovar Narvaez | 2010 · Accounts Payable | | 2,949.00 |
| 7/22/2021 | 2082 A-A-A Natural Stone | 2010 · Accounts Payable | | 9,076.05 |
| 7/22/2021 | 2083 Nichiha | 2010 · Accounts Payable | Kohls Cypress 540 | 5,285.08 |
| 7/22/2021 | 2084 Sitebox Storage | 2010 · Accounts Payable | | 790.23 |
| 7/22/2021 | 2085 Siteworks Architectural Cast Stone | 2010 · Accounts Payable | Eastex Shopping Center 766 | 22,942.58 |
| 7/22/2021 | 2086 United Tool & Fastener | 2010 · Accounts Payable | Kohls Cypress 757 | 242.69 |
| 7/22/2021 | 2087 Upchurch Kimbrough Co. | 2010 · Accounts Payable | LDS Bridgeland 218 | 1,757.50 |
| 7/22/2021 | 2088 Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 3,106.01 |
| 7/22/2021 | 2090 Prime Tech Consultants, LLC | 2010 · Accounts Payable | IT- Prime Tech Consultants | 2,930.87 |
| 7/23/2021 | 2089 Maria Corral | 2010 · Accounts Payable | Office Cleaning - June 11 and 25, July 9 and 23 | 500 |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 7/23/2021 | 2091 | German Diaz | 2010 · Accounts Payable | Village Fire Station 762 | 3,145.60 |
| 7/28/2021 | | | -split- | Deposit | |
| 7/28/2021 | 2092 | Guillermo Fernandez | 2010 · Accounts Payable | August Expense Report | 400 |
| 7/28/2021 | | | 1002 · Bank of America - Payroll | Funds Transfer | 100,000.00 |
| 7/29/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 7/29/2021 | 2093 | A-A-A Natural Stone | 2010 · Accounts Payable | | 7,851.13 |
| 7/29/2021 | 2094 | Bailey Williams | 2010 · Accounts Payable | Phone Reimbursement August | 90 |
| 7/29/2021 | 2095 | Carlos Fierros | 2010 · Accounts Payable | July | 92.33 |
| 7/29/2021 | 2096 | Rene Molina | 2010 · Accounts Payable | July | 470 |
| 7/29/2021 | 2097 | Roman Guerra | 2010 · Accounts Payable | July | 614.5 |
| 7/29/2021 | 2098 | Julio Nava Rubio | 2010 · Accounts Payable | Grand at Aliana Phase II 441 | 1,007.08 |
| 7/29/2021 | 2099 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | 7,569.10 |
| 7/29/2021 | 2100 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 9,338.50 |
| 7/29/2021 | 2101 | Felicito Hernandez | 2010 · Accounts Payable | VOID: | |
| 7/29/2021 | 2102 | Roberto Adame Fraire | 2010 · Accounts Payable | | 7,741.12 |
| 7/29/2021 | 2103 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | VOID: | |
| 7/29/2021 | 2104 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | Village Fire Station 600 | 1,301.25 |
| 7/29/2021 | 2105 | Deer's Plaster | 2010 · Accounts Payable | | 2,704.14 |
| 7/29/2021 | 2106 | Maldonado Masonry | 2010 · Accounts Payable | Quiktrip Cleveland 695 | 4,300.62 |
| 7/29/2021 | 2107 | Felicito Hernandez | 2010 · Accounts Payable | | 9,992.85 |
| 7/30/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 7/30/2021 | 2108 | YingMing Zhou | 2010 · Accounts Payable | July | 560.59 |
| 7/30/2021 | 2109 | Upchurch Kimbrough Co. | 2010 · Accounts Payable | | 11,914.70 |
| 7/30/2021 | 2110 | Premier Plastering Supply, LTD | 2010 · Accounts Payable | Prairie View Fire Station 650 | 112.7 |
| 7/30/2021 | 2111 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 2,413.38 |
| 7/30/2021 | 2112 | Elizabeth Haughton | 2010 · Accounts Payable | | 120 |
| 7/30/2021 | 2113 | Phillip Luttrell | 2010 · Accounts Payable | July | 842.81 |
| 7/30/2021 | 2114 | Mastercast, Inc. | 2010 · Accounts Payable | Prairie View Fire Station 609 | 54.95 |
| 7/30/2021 | 2115 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 1,592.14 |
| 7/30/2021 | 2116 | Consuelo Cox | 2010 · Accounts Payable | July | 502.54 |
| 7/30/2021 | 2117 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 4,350.04 |
| 8/1/2021 8-1-21 DD | | FundEx Solutions Group LLC | 2010 · Accounts Payable | | 52,690.33 |
| 8/1/2021 ACH 8-2-21 | | GWS Development LLC | 2010 · Accounts Payable | | 5,000.00 |
| 8/1/2021 C1885875792 | | Cincinnati Insurance Company | 2010 · Accounts Payable | Financed portion  10 of 10 | 218 |
| 8/2/2021 | 2118 | Adam Guevara | 2010 · Accounts Payable | VOID: | |
| 8/3/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 8/3/2021 | 2119 | Fullscope Pest Control | 2010 · Accounts Payable | Full Scope Pest Control July | 88.77 |
| 8/3/2021 | 2120 | Kelly Communications | 2010 · Accounts Payable | Business Cards | 118.25 |
| 8/3/2021 | 2121 | Water Alternative | 2010 · Accounts Payable | | 67.85 |
| 8/3/2021 | 2122 | Adam Guevara | 2010 · Accounts Payable | | 1,111.17 |
| 8/3/2021 P6675814 | | Utica National Insurance Group | 2010 · Accounts Payable | Payment 10 of 10 | 793 |
| 8/4/2021 | | Ameritas Life Insurance Corp | 2010 · Accounts Payable | July - Dental Vision | 590.4 |
| 8/4/2021 | | Aetna | 2010 · Accounts Payable | 8.1.21 - 8.30.21 | 7,246.69 |
| 8/4/2021 | | Dearborn Life Insurance Company | 2010 · Accounts Payable | Life Insurance - July | 54.53 |
| 8/4/2021 9205920592 | | Protective Life Insurance Company | 2010 · Accounts Payable | | 884.92 |
| 8/6/2021 | | | 1390 · Undeposited Funds | Deposit | |

| Date | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|
| 8/6/2021 | | Alert 360 | 2010 · Accounts Payable | Security Alarm Monitering | 57.26 |
| 8/6/2021 | | Alert 360 | 2010 · Accounts Payable | Security Alarm Monitering | 57.26 |
| 8/6/2021 | 2123 | Alfred Mark Aden | 2010 · Accounts Payable | July | 250 |
| 8/6/2021 | 2124 | Philip McDaniel | 2010 · Accounts Payable | July Expense Report | 705.1 |
| 8/6/2021 | 2125 | Apex Stone, LLC. | 2010 · Accounts Payable | Long Leaf  350 | 1,593.44 |
| 8/6/2021 | 2126 | ALS Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 688 | 3,637.10 |
| 8/6/2021 | 2127 | Felicito Hernandez | 2010 · Accounts Payable | | 7,618.25 |
| 8/6/2021 | 2128 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 9,830.00 |
| 8/6/2021 | 2129 | Maldonado Masonry | 2010 · Accounts Payable | Quicktrip Cleveland 695 | 9,833.07 |
| 8/6/2021 | 2130 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 3,833.70 |
| 8/6/2021 | 2131 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | 14,745.00 |
| 8/6/2021 | 2132 | Roberto Adame Fraire | 2010 · Accounts Payable | Fletcher Morgan Elementary 604 | 7,864.00 |
| 8/6/2021 | 2133 | Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety  529 | 2,798.26 |
| 8/6/2021 | 2134 | Deer's Plaster | 2010 · Accounts Payable | | 5,898.00 |
| 8/6/2021 | 2136 | German Diaz | 2010 · Accounts Payable | Village Fire Station  762 | 893.42 |
| 8/9/2021 | | | -split- | Deposit | |
| 8/9/2021 | | AT&T | 2010 · Accounts Payable | Monthly Uverse Service  7.16.21 - 8.16.21 | 145.16 |
| 8/10/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 8/10/2021 | | Formwork Services & Supply, LP | 2010 · Accounts Payable | QuickBooks generated zero amount transaction for bill payment stub | |
| 8/10/2021 | | Nexus Disposal, LLC | 2010 · Accounts Payable | August | 91.9 |
| 8/10/2021 | 2137 | Betco Scaffolds | 2010 · Accounts Payable | | 672.1 |
| 8/10/2021 | 2138 | Diligent Delivery Systems | 2010 · Accounts Payable | Sealy Oaks Apartments | 25.74 |
| 8/10/2021 | 2139 | Mastercast, Inc. | 2010 · Accounts Payable | | 500.21 |
| 8/10/2021 | 2140 | Mustang Rental Services | 2010 · Accounts Payable | Rooms To Go Pearland 327 | 272.88 |
| 8/10/2021 | 2141 | Premier Plastering Supply, LTD | 2010 · Accounts Payable | | 197.8 |
| 8/10/2021 | 2142 | Sitebox Storage | 2010 · Accounts Payable | | 438.43 |
| 8/10/2021 | 2143 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 768 | 515.44 |
| 8/10/2021 | 2144 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 10,245.93 |
| 8/10/2021 | 2146 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 6,852.24 |
| 8/13/2021 | | | -split- | Deposit | |
| 8/13/2021 DD8-13-21 | | American Express | 2010 · Accounts Payable | June/July | 159,956.36 |
| 8/13/2021 | 2147 | Deer's Plaster | 2010 · Accounts Payable | Blake Waco 395 | 706.87 |
| 8/13/2021 | 2148 | ALS Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 688 | 4,915.00 |
| 8/13/2021 | 2149 | Roberto Adame Fraire | 2010 · Accounts Payable | | 8,502.95 |
| 8/13/2021 | 2150 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Womens Hospital of Texas MOB 655 | 8,847.00 |
| 8/13/2021 | 2151 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | 21,134.50 |
| 8/13/2021 | 2152 | Felicito Hernandez | 2010 · Accounts Payable | Dryden Apartments 810 | 5,898.00 |
| 8/13/2021 | 2153 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | 4,816.70 |
| 8/13/2021 | 2154 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | | 6,958.66 |
| 8/13/2021 | 2155 | Maldonado Masonry | 2010 · Accounts Payable | Quicktrip Cleveland 695 | 8,661.97 |
| 8/13/2021 | 2156 | D. Kevin McCorkindale | 2010 · Accounts Payable | | 500 |
| 8/13/2021 | 2157 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 2,669.31 |
| 8/16/2021 | | | -split- | Deposit | |
| 8/16/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 8/16/2021 | 2159 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 5,771.25 |
| 8/17/2021 ACH 8-17-21 | | Prime Tech Consultants, LLC | 2010 · Accounts Payable | | 7,579.94 |

| Date | Num | Name | Account | Memo | | Amount |
|---|---|---|---|---|---|---|
| 8/17/2021 | | | 1002 · Bank of America - Payroll | Funds Transfer | | 50,000.00 |
| 8/18/2021 Wire 8-18-2 | | Byman & Associates | 2010 · Accounts Payable | | | 15,000.00 |
| 8/19/2021 | | | 1390 · Undeposited Funds | Deposit | | |
| 8/19/2021 | 2160 | Doxey & Associates | 2010 · Accounts Payable | | | 4,807.50 |
| 8/20/2021 | | | 1390 · Undeposited Funds | Deposit | | |
| 8/20/2021 | | | 1390 · Undeposited Funds | Deposit | | |
| 8/20/2021 | 2161 | Roberto Adame Fraire | 2010 · Accounts Payable | | | 6,782.70 |
| 8/20/2021 | 2163 | Cross Accounting Solutions | 2010 · Accounts Payable | | 5110 | 800 |
| 8/20/2021 | 2164 | Hotchkiss Insurance | 2010 · Accounts Payable | | | 367.51 |
| 8/20/2021 | 2165 | Jaime Vasquez | 2010 · Accounts Payable | | | 840 |
| 8/20/2021 | 2166 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | Village Fire Station 600 | | 7,864.00 |
| 8/20/2021 | 2167 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | | 23,985.20 |
| 8/20/2021 | 2168 | Felicito Hernandez | 2010 · Accounts Payable | | | 10,075.75 |
| 8/20/2021 | 2169 | Samuel Cruz | 2010 · Accounts Payable | FBC Public Safety Annex 529 | | 1,963.30 |
| 8/20/2021 | 2170 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | | | 4,340.44 |
| 8/20/2021 | 2171 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | Women's Hospital of Texas MOB 655 | | 9,338.50 |
| 8/20/2021 | 2172 | Oscar Mauricio Romero Escalante | 2010 · Accounts Payable | | | 4,915.00 |
| 8/20/2021 | 2173 | CMC Steel Fabricators, Inc. | 2010 · Accounts Payable | 3rd Storm Water Pump Station 509 | | 175.7 |
| 8/20/2021 | 2174 | Formwork Services & Supply, LP | 2010 · Accounts Payable | 3rd Storm Water Pump Station 674 | | 3.56 |
| 8/20/2021 | 2175 | Mastercast, Inc. | 2010 · Accounts Payable | | | 13,663.73 |
| 8/20/2021 | 2176 | Mustang Rental Services | 2010 · Accounts Payable | RTG Pearland 214 | | 2,070.29 |
| 8/20/2021 | 2177 | Safway Services, LLC | 2010 · Accounts Payable | 3rd Storm Water Pump Station 672 | | 250.06 |
| 8/20/2021 | 2178 | Sitebox Storage | 2010 · Accounts Payable | Women's Hospital of Texas MOB 740 | | 714.46 |
| 8/20/2021 | 2179 | Siteworks Architectural Cast Stone | 2010 · Accounts Payable | | | 29,933.98 |
| 8/20/2021 | 2180 | United Tool & Fastener | 2010 · Accounts Payable | | | 620.63 |
| 8/20/2021 | 2181 | Upchurch Kimbrough Co. | 2010 · Accounts Payable | VOID: Conroe MOB 500 | | |
| 8/20/2021 | 2182 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | | 13,144.94 |
| 8/20/2021 | 2183 | Alfred Mark Aden | 2010 · Accounts Payable | August | | 250 |
| 8/23/2021 | | | -split- | Deposit | | |
| 8/23/2021 | 2184 | Greg Schoener | 2010 · Accounts Payable | Consulting | | 437.5 |
| 8/24/2021 ACH 8-24-21 | | Prime Tech Consultants, LLC | 2010 · Accounts Payable | | | 925.54 |
| 8/24/2021 ACH8-24-21 | | GWS Development LLC | 2010 · Accounts Payable | | | 5,150.00 |
| 8/25/2021 | | | 1390 · Undeposited Funds | Deposit | | |
| 8/25/2021 | 2185 | Kelly Woomer | 2010 · Accounts Payable | August | | 93.37 |
| 8/25/2021 | 2186 | Philip McDaniel | 2010 · Accounts Payable | August Expense Report | | 623.64 |
| 8/26/2021 DB 8-26-21 | | BHG - Bankers HealthCare Group | 2010 · Accounts Payable | | | 580.67 |
| 8/27/2021 | | | -split- | Deposit | | |
| 8/27/2021 DD 2-27-21 | | American Express | 2010 · Accounts Payable | June/July | | 170,009.25 |
| 8/27/2021 | 2187 | Carlos Fierros | 2010 · Accounts Payable | August | | 92.33 |
| 8/27/2021 | 2188 | Jaime Vasquez | 2010 · Accounts Payable | | | 1,673.64 |
| 8/27/2021 | 2189 | YingMing Zhou | 2010 · Accounts Payable | August | | 560.55 |
| 8/27/2021 | 2190 | Greg Schoener | 2010 · Accounts Payable | Consulting Services | | 1,762.50 |
| 8/27/2021 | 2191 | JLP Construction | 2010 · Accounts Payable | | | 1,852.67 |
| 8/27/2021 | 2192 | Wiliam Donaldo Martinez | 2010 · Accounts Payable | FBC South Post Oak 856 | | 589.8 |
| 8/27/2021 | 2193 | Oscar Mauricio Romero Escalante | 2010 · Accounts Payable | | | 9,785.16 |
| 8/27/2021 | 2194 | Nava's Masonry, LLC. | 2010 · Accounts Payable | | | 28,507.00 |

| 8/27/2021 | 2195 | Juan Roman Tovar Narvaez | 2010 · Accounts Payable | | 8,791.23 |
| 8/27/2021 | 2196 | ALS Stone | 2010 · Accounts Payable | Sealy Oaks Apartments 688 | 2,457.50 |
| 8/27/2021 | 2197 | Maria De Los Angeles Segovia | 2010 · Accounts Payable | Conroe MOB 831 | 5,160.75 |
| 8/27/2021 | 2198 | Juan Salvador Sanchez Carreon | 2010 · Accounts Payable | | 9,603.91 |
| 8/27/2021 | 2199 | Alaquines Masonry | 2010 · Accounts Payable | Baytown Animal Shelter 827 | 2,949.25 |
| 8/27/2021 | 2200 | Roberto Adame Fraire | 2010 · Accounts Payable | | 5,898.00 |
| 8/30/2021 | | | 1390 · Undeposited Funds | Deposit | |
| 8/30/2021 | | Aetna | 2010 · Accounts Payable | 9.1.21 - 9.30.21 | 6,965.61 |
| 8/30/2021 ACH 8-30-21 | | Dore Rothberg McKay, P.C. | 2010 · Accounts Payable | | 2,863.77 |
| 8/30/2021 | 2201 | Rene Molina | 2010 · Accounts Payable | August | 470 |
| 8/30/2021 | 2202 | Phillip Luttrell | 2010 · Accounts Payable | August | 1,176.43 |
| 8/30/2021 | 2203 | Andrew D. Starks | 2010 · Accounts Payable | August | 580.34 |
| 8/30/2021 | 2204 | Consuelo Cox | 2010 · Accounts Payable | August | 541.62 |
| 8/30/2021 | 2205 | Water Alternative | 2010 · Accounts Payable | 7/23 - 8/20  Water | 72.2 |
| 8/30/2021 | 273 | | 2643 · SBA 30 Yr Working capital Loan | Payback SBA disaster loan | 150,000.00 |
| 8/31/2021 | | Ameritas Life Insurance Corp | 2010 · Accounts Payable | September - Dental Vision | 436 |
| 8/31/2021 | 2206 | Constellation | 2010 · Accounts Payable | Electric Bill - 7/26 - 8/24/21 | 524.82 |
| 8/31/2021 | 2207 | Maria Corral | 2010 · Accounts Payable | Office Cleaning - August 7 and 21 | 250 |
| 8/31/2021 | 2208 | Morrell Masonry Supply Inc. | 2010 · Accounts Payable | | 372.01 |
| 8/31/2021 | 2209 | Genaro Guerrero | 2010 · Accounts Payable | Aug | 116.39 |
| 8/31/2021 | 2211 | Michael Morreale | 2010 · Accounts Payable | | 536.9 |
| 9/1/2021 DD 9-1-21 | | FundEx Solutions Group LLC | 2010 · Accounts Payable | | 52,690.33 |
| 9/1/2021 PRO 9-1-21 | | Protective Life Insurance Company | 2010 · Accounts Payable | | 884.92 |
| 9/1/2021 | 273 | | 2020 · Visa -Amex | American Express refund for credits due | |

**Statement of Financial Affairs #4**

Register: 1310 · Employee Advances
From 07/01/2020 through 09/01/2021
Sorted by: Date, Type, Number/Ref

| Date | Ref. | Payee | Account | Memo | Decrease | C | Increase | Balance |
|---|---|---|---|---|---|---|---|---|
| 9/9/2020 | 1 | | 2640 · Note Payable- FundEx [split] | M Morreale payment fo earnest money on close | 5,000.00 | | | -5,000.00 |
| 9/9/2020 | 2 | | 6300 · Other Expense:6399 · Closing Costs [split] | Amounts paid by MM for closing | 9,671.33 | | | -14,671.33 |
| 9/10/2020 Wire | 1 | Michael Morreale | 1001 · Bank of America - Operating | Advance for closing costs paid by Morreale for purchase of GWS | | | 50,000.00 | 35,328.67 |
| 9/28/2020 ACH | | Michael Morreale | 1002 · Bank of America - Payroll | repayment of advance for expenses | 35,328.67 | | | 0 |

Debtor 1 _____   Case number *(if known)* _____

First Name          Middle Name          Last Name

5.1. _____   _____   _____   _____

Creditor's name

_____

Street

_____

_____

City                    State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name | | | |

XXXX– __ __ __ __

Street

_____

_____

City                    State    ZIP Code

<div style="background:black;color:white">Part 3:</div> Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | ☐ Pending |
| Case number | | Street | ☐ On appeal |
| | | City   State   ZIP Code | ☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor 1 _____

First Name          Middle Name          Last Name

Case number *(if known)* _____

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
_____

Street
_____

City          State     ZIP Code
_____

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

City          State     ZIP Code
_____

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

City          State     ZIP Code
_____

**Recipient's relationship to debtor**
_____

---

**Part 5:  Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** _____ | _____ | _____ | _____ |

---

**Part 6:  Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 4

Debtor 1 _____

First Name          Middle Name          Last Name

Case number *(if known)* _____

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Byman & Associates, PLLC | Attorney's Fee | 08/18/2021 | $15,000.00 |
| | **Address** | | | |
| | 7924 Broadway Suite 104 | | | |
| | Street | | | |
| | Pearland, TX 77581 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

---

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

---

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

Debtor 1 _____   Case number *(if known)* _____

First Name          Middle Name          Last Name

---

**Part 7:    Previous Locations**

**14.    Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | From _____ To _____ |

---

**Part 8:    Health Care Bankruptcies**

**15.    Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16.    Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.    Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

---

Debtor 1 _____      Case number *(if known)* _____
                First Name      Middle Name      Last Name

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Trajextori Company 401k plan | EIN:  8 5 – 1 8 0 0 2 3 0 |

Has the plan been terminated?

☑ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State      ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State      ZIP Code | _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)* _____

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State   ZIP Code | | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State   ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State   ZIP Code | | |

---

Debtor 1 _____

First Name          Middle Name          Last Name

Case number *(if known)* _____

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br>Dates business existed<br>From _____ To _____ |

**26.** **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor 1 _____     Case number *(if known)* _____
First Name          Middle Name          Last Name

| Name and address | Dates of service |
|---|---|

26a.1. Doxey & Associates _____     From 9/2020 _____   To present _____
Name

505 Bastrop St Apt 501 _____
Street

_____

Houston, TX 77003-2237 _____
City                          State                   ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____     From _____   To _____
Name

_____
Street

_____

_____
City                          State                   ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

Name _____     _____

_____     _____

Street _____

_____

_____
City                          State                   ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1. Fundex Solutions Group LLC _____
Name

201 Solar St _____
Street

_____

Syracuse, NY 13204-1425 _____
City                          State                   ZIP Code

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor 1 _____

First Name          Middle Name          Last Name

Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

**Name and address of the person who has possession of inventory records**

27.1. _____

Name

_____

Street

_____

City                          State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Morreale, Michael A. | 1913 Du Barry Ln Houston, TX 77018-5063 | President/Owner, | 100.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____<br>To    _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Morreale, Michael A.<br>Name<br>18811 Intercontinental Crossing Dr<br>Street<br><br>Houston, TX 77073-5012<br>City                State        ZIP Code | $185,000 | Prior 12 months | _____ |

| Relationship to debtor |
|---|
| President |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ − __ __ __ __ __ __ __ |

Debtor 1 _____   Case number *(if known)* _____
         First Name      Middle Name      Last Name

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 09/01/2021 _____
              MM/ DD/ YYYY

**X** /s/ Michael A. Morreale                         Printed name _____ Michael A. Morreale _____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    Trajextori Company

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $15,000.00

Prior to the filing of this statement I have received ..............................................................    $15,000.00

Balance Due ......................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/01/2021 | /s/ Allison D. Byman |
|---|---|
| *Date* | Allison D. Byman |
| | *Signature of Attorney* |

Bar Number: 24040773
Byman & Associates, PLLC
7924 Broadway Suite 104
Pearland, TX 77581
Phone: (281) 884-9269

Byman & Associates, PLLC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Trajextori Company**                                                   CASE NO

                                                                                CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____09/01/2021_____     Signature _____/s/ Michael A. Morreale_____
                                                                 Michael A. Morreale, President

336 at South Medical
1011 Medical Plaza Dr.
Spring, TX 77380


A-A-A Natural Stone
14900 Avery Ranch Blvd.
C200 PMB 53
Austin, TX 78717


Accelerated Intermediate
Academy
PO Box 190510
Dallas, TX 75219


Acme Brick
5020 Acorn St
Houston, TX 77092-4251


ACT Construction
350 McDonnell St.
Lewisville, TX 75057


AGCM, INc.
901 Corbindale Rd.
Houston, TX 77032


AHI Supply
Po Box 2789
Alvin, TX 77512-2789


Alliance Residential Builders
LP
Prose Manor Owner, LP
820 Gessner 1000
Houston, TX 77024

AllState Brick
2930 Lincoln Dr
Houston, TX 77038


American Express
PO Box 650448
Dallas, TX 75265-0448


Arch-Con Corporation
190 TC Jester Blvd. 200
Houston, TX 77007


Archdiocese of Galveston
Houston
2403 Holcombe Blvd
Houston, TX 77021


Bayou City Dermatology
3747-A Westheimer Rd.
Houston, TX 77027


Berry & Clay, Inc
190 W. 1st St.
Rusk, TX 75785


Best Block LLC.
PO Box 930134
Atlanta, GA 31193-0134


Betco Scaffolds
Houston, TX 77009

Blue Hound Construction
21123 Eva Street 210
Montgomery, TX 77356

Brayton Construction
1835 Spirit of Texas Way 140
Conroe, TX 77301

Burleson Construction, Inc.
13340 South Gessner Rd.
Missouri City, TX 77489

CA Ventures
130 E Randolph Suite 2100
Chicago, IL 60601

CA Walker Construction
PO Box 19069
Houston, TX 77224

Cadence McShane
Construction
10370 Richmond Ave. 1200
Houston, TX 77042

Chiang Cho Commercial
Holdings
15201 Walden Road
Montgomery, TX 77356

City of Baytown
2401 Market Street
Baytown, TX 77520

City of Pearland
13050 Shadow Creek Pkwy
Pearland, TX 77584

CMC Development &
Construction Corp
PO Box 450623
Houston, TX 77245

Comvest Properties
286 Beauvoir Rd. 200
Biloxi, MS 39532

Construction Ltd.
1825 Upland Dr.
Houston, TX 77043

Construction Masters of
Houston
3908 3d Street
Pearland, TX 77581

Crain Group
Jonathan Green
3801 Knapp Road
Pearland, TX 77581

Crane Construction Company
404 Highway 71N
Savannah, MO 64485

Crest Builders Inc.
9100 Forest Crossing Dr. Suite D
Spring, TX 77381

CTC Contractors, LLC
3200 North Freeway
Houston, TX 77009


Diligent Delivery Systems
ATTN: AR Department
9200 Derrington Road, STE. 100
Houston, TX 77064


Drymalla Construction
Company
PO Box 698
Columbus, TX 78934


E.E. Reed Construction, L.P.
333 Commerce Green Blvd.
Sugar Land, TX 77478


Elmfield Holdings
8338 W. Hastings St. 300
Vancouver, BC V6C0A6


Flintco LLC
2950 NOrth Loop W. Suite 240
Houston, TX 77092


Forest Park Westheimer
Cemetery
12800 Westheimer Rd
Houston, TX 77077


Forney Construction
8945 Long Point, 200
Houston, TX 77055

Fort Bend County Public
Safety Annex
5651 Flewellen Way
Fulshear, TX 77441


Fundex Solutions Group LLC
201 Solar St
Syracuse, NY 13204-1425


FundEx Solutions Group LLC
201 Solar St
Syracuse, NY 13204-1425


Gamma Construction
2808 Joanel St.
Houston, TX 77027


Garza Site Development LLC
8945 Long Point Rd. 200
Houston, TX 77055


Greg Schoener
211 Forest Cove Dr
Kingwood, TX 77339-4000


H&E Equipment Services
10050 New Decade Dr
Pasadena, TX 77507


Harris County Tax Office
Po Box 4622
Houston, TX 77210-4622

HM General Contractors
1674 W. Sam Houston Pkwy N.
Houston, TX 77043


Houston Physicians Hospital
LP
333 N. Texas Avenue
Webster, TX 77598


Houstonian Campus, LLC
111 North Post Oak Lane
Houston, TX 77024


Huntington Properties
3773 Richmond Ave. 800
Houston, TX 77046


Joe Mora
1457 S. Circle Street
Sealy, TX 77474


K Austin & Associates
302 E. Main Street
Humble, TX 77338


Kohl's Department Stores
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051


Lamar CISD
3911 Avenue I
Rosenberg, TX 77471

Mastercast, Inc.
834 Honea Egypt Rd.
Magnolia, TX 77354


Melvin Justin
1300 Edgewater Dr.
Friendswood, TX 77546


Meridian Bricks
P.O. Box 744014
Atlanta, GA 30374-4014


Morning Star Construction
1940 Fountain View Dr. 516
Houston, TX 77057


Michael A. Morreale
18811 Intercontinental Crossing Dr
Houston, TX 77073-5012


Morrell Masonry Supply Inc.
508 Pickering Street
Houston, TX 77091


Mustang Metals
1107 Delano
Houston, TX 77003


Navasota ISD
705 E. Washington Ave.
Navasota, TX 77868

New Caney ISD
21580 Loop 494
New Caney, TX 77357

Osprey PL Properties LLC
400 Perimeter Ctr Terrance 800
Atlanta, GA 30346

Pat Williams Construction
1601 South 5th St.
Leesville, LA 71446

Principal Life Insurance
Company
PO Box 10372
Des Moines, IA 50306-0372

Projects list - see attached

QT South, LLOC
4705 S. 129 E Ave.
Tulsa, OK 74134

Regent Construction
121 N. Rayner Street
Fort Worth, TX 76111

Revels Block & Brick Co.
12225 Hodges St.
Houston, TX 77085

Ridgemont Commercial
Construction
1520 W. Walnut Hill Lane
Irving, TX 75038


Saint Anthony of Padua
Chapel
7801 Bay Branch Dr.
Spring, TX 77382


Sitebox Storage
Redguard, LLC.
PO Box 733895
Dallas, TX 75373-3895


Siteworks Architectural Cast
Stone
363 W. Canino Rd.
Houston, TX 77037


South Memorial Parkway, LLC
2917 Crosstown SH 286
Corpus Christi, TX 78417


Sundance Construction
695 Industrial Blvd.
Sugar Land, TX 77478


Sunstate Equipment Co.
PO Box 208439
Dallas, TX 75320-8439


Superior Sheetmetal Inc.
PO Box 2745
Conroe, TX 77305

Tailored Foam
Corporate Office
PO Box 4186
Hickory, NC 28603


Teal Construction Company
1335 Brittmoore Rd.
Houston, TX 77043


Tellepsen Builders LP
777 Benmar 400
Houston, TX 77060


Terra Firma Development
Corp.
PO Box 2368
Conroe, TX 77305


The Whiting-Turner
Contracting Company
13105 NOrthwest Freeway, Suite 10
Houston, TX 77040


Tribble & Stephens
Construction Ltd.
11720 Katy Freeway Suite 450
Houston, TX 77079


U.S. Attorney
Southern District of Texas
1000 Louisiana St Ste 2300
Houston, TX 77002-5010


U.S. Attorney General
950 Pennsylvania Ave Nw
Washington, DC 20530-0009

U.S. Small Business
Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243


United Constructors of TExas
6989 West Little York Suite F
Houston, TX 77040


United Rentals
PO Box 840514
Dallas, TX 75284-0514


United Tool & Fastener
PO Box 38951
Houston, TX 77238-8951


Upchurch Kimbrough Co.
7401 Westview
Houston, TX 77055


Waller Harris ESD 200
44500 US Business 290
Prairie View, TX 77446


WHOT MOB, LLC
3000 Meridian Blvd. 200
Franklin, TN 37067

336 at South Medical
1011 Medical Plaza Dr.
Spring, TX 77380

A-A-A Natural Stone
14900 Avery Ranch Blvd.
C200 PMB 53
Austin, TX 78717

Accelerated Intermediate
Academy
PO Box 190510
Dallas, TX 75219

Acme Brick
5020 Acorn St
Houston, TX 77092-4251

ACT Construction
350 McDonnell St.
Lewisville, TX 75057

AGCM, INc.
901 Corbindale Rd.
Houston, TX 77032

AHI Supply
Po Box 2789
Alvin, TX 77512-2789

Alliance Residential Builders
LP
Prose Manor Owner, LP
820 Gessner 1000
Houston, TX 77024

AllState Brick
2930 Lincoln Dr
Houston, TX 77038

American Express
PO Box 650448
Dallas, TX 75265-0448

Arch-Con Corporation
190 TC Jester Blvd. 200
Houston, TX 77007

Archdiocese of Galveston
Houston
2403 Holcombe Blvd
Houston, TX 77021

Bayou City Dermatology
3747-A Westheimer Rd.
Houston, TX 77027

Berry & Clay, Inc
190 W. 1st St.
Rusk, TX 75785

Best Block LLC.
PO Box 930134
Atlanta, GA 31193-0134

Betco Scaffolds
Houston, TX 77009

Blue Hound Construction
21123 Eva Street 210
Montgomery, TX 77356


Brayton Construction
1835 Spirit of Texas Way 140
Conroe, TX 77301


Burleson Construction, Inc.
13340 South Gessner Rd.
Missouri City, TX 77489


CA Ventures
130 E Randolph Suite 2100
Chicago, IL 60601


CA Walker Construction
PO Box 19069
Houston, TX 77224


Cadence McShane
Construction
10370 Richmond Ave. 1200
Houston, TX 77042


Chiang Cho Commercial
Holdings
15201 Walden Road
Montgomery, TX 77356


City of Baytown
2401 Market Street
Baytown, TX 77520

City of Pearland
13050 Shadow Creek Pkwy
Pearland, TX 77584

CMC Development &
Construction Corp
PO Box 450623
Houston, TX 77245

Comvest Properties
286 Beauvoir Rd. 200
Biloxi, MS 39532

Construction Ltd.
1825 Upland Dr.
Houston, TX 77043

Construction Masters of
Houston
3908 3d Street
Pearland, TX 77581

Crain Group
Jonathan Green
3801 Knapp Road
Pearland, TX 77581

Crane Construction Company
404 Highway 71N
Savannah, MO 64485

Crest Builders Inc.
9100 Forest Crossing Dr. Suite D
Spring, TX 77381

CTC Contractors, LLC
3200 North Freeway
Houston, TX 77009

Diligent Delivery Systems
ATTN: AR Department
9200 Derrington Road, STE. 100
Houston, TX 77064

Drymalla Construction
Company
PO Box 698
Columbus, TX 78934

E.E. Reed Construction, L.P.
333 Commerce Green Blvd.
Sugar Land, TX 77478

Elmfield Holdings
8338 W. Hastings St. 300
Vancouver, BC V6C0A6

Flintco LLC
2950 NOrth Loop W. Suite 240
Houston, TX 77092

Forest Park Westheimer
Cemetery
12800 Westheimer Rd
Houston, TX 77077

Forney Construction
8945 Long Point, 200
Houston, TX 77055

Fort Bend County Public
Safety Annex
5651 Flewellen Way
Fulshear, TX 77441


Fundex Solutions Group LLC
201 Solar St
Syracuse, NY 13204-1425


FundEx Solutions Group LLC
201 Solar St
Syracuse, NY 13204-1425


Gamma Construction
2808 Joanel St.
Houston, TX 77027


Garza Site Development LLC
8945 Long Point Rd. 200
Houston, TX 77055


Greg Schoener
211 Forest Cove Dr
Kingwood, TX 77339-4000


H&E Equipment Services
10050 New Decade Dr
Pasadena, TX 77507


Harris County Tax Office
Po Box 4622
Houston, TX 77210-4622

HM General Contractors
1674 W. Sam Houston Pkwy N.
Houston, TX 77043


Houston Physicians Hospital
LP
333 N. Texas Avenue
Webster, TX 77598


Houstonian Campus, LLC
111 North Post Oak Lane
Houston, TX 77024


Huntington Properties
3773 Richmond Ave. 800
Houston, TX 77046


Joe Mora
1457 S. Circle Street
Sealy, TX 77474


K Austin & Associates
302 E. Main Street
Humble, TX 77338


Kohl's Department Stores
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051


Lamar CISD
3911 Avenue I
Rosenberg, TX 77471

Mastercast, Inc.
834 Honea Egypt Rd.
Magnolia, TX 77354


Melvin Justin
1300 Edgewater Dr.
Friendswood, TX 77546


Meridian Bricks
P.O. Box 744014
Atlanta, GA 30374-4014


Morning Star Construction
1940 Fountain View Dr. 516
Houston, TX 77057


Michael A. Morreale
18811 Intercontinental Crossing Dr
Houston, TX 77073-5012


Morrell Masonry Supply Inc.
508 Pickering Street
Houston, TX 77091


Mustang Metals
1107 Delano
Houston, TX 77003


Navasota ISD
705 E. Washington Ave.
Navasota, TX 77868

New Caney ISD
21580 Loop 494
New Caney, TX 77357


Osprey PL Properties LLC
400 Perimeter Ctr Terrance 800
Atlanta, GA 30346


Pat Williams Construction
1601 South 5th St.
Leesville, LA 71446


Principal Life Insurance
Company
PO Box 10372
Des Moines, IA 50306-0372


Projects list - see attached


QT South, LLOC
4705 S. 129 E Ave.
Tulsa, OK 74134


Regent Construction
121 N. Rayner Street
Fort Worth, TX 76111


Revels Block & Brick Co.
12225 Hodges St.
Houston, TX 77085

Ridgemont Commercial
Construction
1520 W. Walnut Hill Lane
Irving, TX 75038


Saint Anthony of Padua
Chapel
7801 Bay Branch Dr.
Spring, TX 77382


Sitebox Storage
Redguard, LLC.
PO Box 733895
Dallas, TX 75373-3895


Siteworks Architectural Cast
Stone
363 W. Canino Rd.
Houston, TX 77037


South Memorial Parkway, LLC
2917 Crosstown SH 286
Corpus Christi, TX 78417


Sundance Construction
695 Industrial Blvd.
Sugar Land, TX 77478


Sunstate Equipment Co.
PO Box 208439
Dallas, TX 75320-8439


Superior Sheetmetal Inc.
PO Box 2745
Conroe, TX 77305

Tailored Foam
Corporate Office
PO Box 4186
Hickory, NC 28603

Teal Construction Company
1335 Brittmoore Rd.
Houston, TX 77043

Tellepsen Builders LP
777 Benmar 400
Houston, TX 77060

Terra Firma Development Corp.
PO Box 2368
Conroe, TX 77305

The Whiting-Turner Contracting Company
13105 NOrthwest Freeway, Suite 10
Houston, TX 77040

Tribble & Stephens Construction Ltd.
11720 Katy Freeway Suite 450
Houston, TX 77079

U.S. Attorney
Southern District of Texas
1000 Louisiana St Ste 2300
Houston, TX 77002-5010

U.S. Attorney General
950 Pennsylvania Ave Nw
Washington, DC 20530-0009

U.S. Small Business
Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243


United Constructors of TExas
6989 West Little York Suite F
Houston, TX 77040


United Rentals
PO Box 840514
Dallas, TX 75284-0514


United Tool & Fastener
PO Box 38951
Houston, TX 77238-8951


Upchurch Kimbrough Co.
7401 Westview
Houston, TX 77055


Waller Harris ESD 200
44500 US Business 290
Prairie View, TX 77446


WHOT MOB, LLC
3000 Meridian Blvd. 200
Franklin, TN 37067